# Capital Reporting Company

Tel. 202-857-3376 Email: billing@capitalreportingcompany.com
Fed. Tax ID: 20-0203552



Bill To: Raymond L. Sanchez-Maceira
Sanchez Law (PR)
P.O. Box 191972
San Juan, PR, 00919

| | |
|---|---|
| **Invoice #:** | **8633218** |
| **Invoice Date:** | **9/16/2025** |
| **Balance Due:** | **$1,321.10** |

| | |
|---|---|
| **Case: Jerome Nibbs, Akinde Thomas Chalwell v. United States Of America (3:24CV01290)** | **Proceeding Type: Depositions** |

Job #: 7487354   |   Job Date: 8/28/2025   |   Delivery: Expedited

Location:           SANDSTONE, MN

Billing Atty:        Raymond L. Sanchez-Maceira

Scheduling Atty:   Laine Goodhue | Department of Justice Civil Division
Torts Aviation Space & Admiralty

| Witness: Jerome Nibbs | Amount |
|---|---|
| Transcript Services | $1,097.10 |
| Logistics, Processing & Electronic Files | $125.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,321.10** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,321.10** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Capital Reporting Company
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-0203552

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Capital Reporting Company
**Bank Name:**BMO Harris Bank
**Account No:**2049351 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card:
www.capitalreportingcompany.com

**Invoice #:  8633218**

**Invoice Date:  9/16/2025**

**Balance Due:  $1,321.10**

298462