Gmail

**Raymond Sanchez <sanchezlaw264@gmail.com>**

---

**Setting Up the Depositions of Your Clients**

---

**Goodhue, Laine M. (CIV)** <Laine.M.Goodhue@usdoj.gov>                                   Tue, Sep 16, 2025 at 12:51 PM
To: Raymond Sanchez <sanchezlaw264@gmail.com>, "Hallisey, Gavin (CIV)" <Gavin.Hallisey@usdoj.gov>
Cc: "Patton, Rodney (CIV)" <Rodney.Patton@usdoj.gov>, "Longo Quinones, Dennise (USAPR)" <Dennise.Longo.Quinones@usdoj.gov>

Good afternoon Raymond,


For these depositions, the United States covered the cost of the reporters' attendance, as well as all administrative fees and our copy of the transcripts.
As is customary, the court reporter will invoice each party separately for the transcripts they request.


Laine Goodhue, Trial Attorney

Aviation, Space & Admiralty Litigation

(202) 616-4123 Direct

[Quoted text hidden]