**Exhibit 3 –
Email correspondence between Counsel, dated
November 19, 2025**

| | |
|---|---|
| **From:** | Raymond Sanchez <sanchezlaw264@gmail.com> |
| **Sent:** | Wednesday, November 19, 2025 5:39 AM |
| **To:** | Hallisey, Gavin (CIV) |
| **Cc:** | Goodhue, Laine M. (CIV); Patton, Rodney (CIV); Longo Quinones, Dennise (USAPR) |
| **Subject:** | Re: [EXTERNAL] Re: Nibbs v US - Call Follow-Up |

Good Morning and welcome back:

Mr Nibbs will not stipulate the Political Question. It will be an issue litigated as the First Circuit under which this case arises, has not decided the issue.

We do stipulate as to the Negligence. Plaintiff's cause of action is general negligence.

As to the stipulations of facts, I have prepared multiple others and I am waiting for Mr Nibbs input. Also I await the court's ruling on the Motion requesting the Copy of the Plaintiff's deposition to conclude the stipulations.

I will be filing a motion with the court, to recalendar the case and issue a new Case Management Order.

Respectfully,

**Raymond L. Sánchez-Maceira, Esq.**

**Mailing Address:**

P.O. BOX 191972

SAN JUAN, P.R. 00919

Tel. 787-751-2510/(787)721-3370

1

**Office Address:**

239 ARTERIAL HOSTOS

CAPITAL CENTER I, SUITE 301

SAN JUAN, PR 00918

OFFICE TEL. 787-751-2510

WHATSAPP(TEXT ONLY) 787-721-3370

**WWW.SANCHEZMACEIRALAW.COM**



-Este correo electrónico está protegido por la ley federal "Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521". Su contenido es privilegiado y se intentó comunicar solamente a la(s) persona(s) a quien se le dirigió de Punto Legal PR. Si ha recibido este correo-e por error notifique de inmediato al  correo-electrónico y borre el mensaje original sin copiarlo. Cualquier divulgación, copia o distribución de este mensaje, o la toma de alguna acción basada en el mismo, está estrictamente prohibida y no autorizada.

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521and is legally privileged. This e-mail message and any files transmitted with it contain confidential and privileged information intended only for the person(s) to whom it is addressed. If you have received this e-mail message in error, please notify the sender immediately by e-mail and delete the original message without copying it. Any disclosure, copying, or distribution of this message, or the taking of any actions based on it, is strictly prohibited.

On Mon, Nov 17, 2025 at 5:41 PM Hallisey, Gavin (CIV) <Gavin.Hallisey@usdoj.gov> wrote:

Hello Raymond,

With the shutdown over and litigation starting back up we would like to follow up about the below email. Please let us know if you would like to discuss. These stipulations will reduce litigation time and get all parties to resolution quicker.

2

All the best,


Gavin Hallisey, Trial Attorney

Department of Justice, Aviation, Space & Admiralty Litigation Section

Email: Gavin.Hallisey@usdoj.gov

Office: (202) 307-1030

Cell: (202) 451-7343

---

**From:** Goodhue, Laine M. (CIV) <Laine.M.Goodhue@usdoj.gov>
**Sent:** Tuesday, September 30, 2025 3:57 PM
**To:** Raymond Sanchez <sanchezlaw264@gmail.com>
**Cc:** Patton, Rodney (CIV) <Rodney.Patton@usdoj.gov>; Hallisey, Gavin (CIV) <Gavin.Hallisey@usdoj.gov>; Longo Quinones, Dennise (USAPR) <Dennise.Longo.Quinones@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: Nibbs v US - Call Follow-Up


Good afternoon Raymond, and thank you for your message.  We would propose the below stipulations.  Please let us know if you would like to discuss, and otherwise, we'll wait for you to discuss with your client.


**Stipulations of Law**

**1.** **Political Question:** Because the political question doctrine bars litigation over the issue of whether the Defendant should have brought the Plaintiff to the United States before the British Virgin Islands waived jurisdiction, Plaintiff cannot press claims arising from the length of his detention from June 16, 2022 to July 22, 2022.


**2.** **Negligence:** Plaintiff's sole cause of action against Defendant is for negligence under the general maritime law to the extent that it resulted in Plaintiff's emotional distress.


**Stipulations of Fact**

**1.** Plaintiff was detained from June 16, 2022 to July 22, 2022 ("detention period").

**2.**        While detained, Plaintiff was in the custody of the United States Coast Guard.

**3.**        During the detention period, Plaintiff was moved between five Coast Guard Cutters: USCGC Heriberto Hernandez, USCGC Reliance, USCGC Donald Horsley, USCGC Joseph Tezanos, USCGC Joseph Doyle ("Coast Guard Cutters").

**4.**        During the detention period, Plaintiff was never taken below decks or otherwise brought inside the enclosed interior of the Coast Guard Cutters.

Best regards,

Laine Goodhue, Trial Attorney

Aviation, Space & Admiralty Litigation

(202) 616-4123 Direct

---

**From:** Raymond Sanchez <sanchezlaw264@gmail.com>
**Sent:** Monday, September 29, 2025 10:36 AM
**To:** Goodhue, Laine M. (CIV) <Laine.M.Goodhue@usdoj.gov>
**Cc:** Patton, Rodney (CIV) <Rodney.Patton@usdoj.gov>; Hallisey, Gavin (CIV) <Gavin.Hallisey@usdoj.gov>; Longo Quinones, Dennise (USAPR) <Dennise.Longo.Quinones@usdoj.gov>
**Subject:** [EXTERNAL] Re: Nibbs v US - Call Follow-Up

Good morning:

I agree with the referenced email except regarding the "negligent infliction of emotional distress claim." The plaintiff has not made such a claim; instead, the complaint is for General Negligence (see ECF #14, pp. 6-7, ¶28). My notes from Mr. Nibbs's deposition show that USCG failed to meet the standard of care expected in similar situations, and Mr. Nibbs's emotional distress was a foreseeable result of this alleged negligence.

Please also prepare a list of facts the defendant wishes to discuss, for presentation to Mr. Nibbs.

Respectfully,

4

Raymond L. Sánchez-Maceira, Esq.

**Mailing Address:**

P.O. BOX 191972

SAN JUAN, P.R. 00919

Tel. 787-751-2510/(787)721-3370


**Office Address:**

239 ARTERIAL HOSTOS

CAPITAL CENTER I, SUITE 301

SAN JUAN, PR 00918

TEL. 787-751-2510/(787)721-3370

**sanchezlaw264@gmail.com**



On Fri, Sep 26, 2025 at 2:52 PM Goodhue, Laine M. (CIV) <Laine.M.Goodhue@usdoj.gov> wrote:

Good afternoon Raymond,


Thank you so much for the call earlier.  We discussed the possibility of entering into certain stipulations to narrow the issues in this case. We will follow-up with a list of our suggested stipulations, which include stipulations of law as to the application of the political question doctrine and confirming the negligent infliction of emotional distress claim, as well as a number of factual stipulations.


You indicated that you would need to confer with your client, and noted that, because he is incarcerated, that process may take some time.  In light of that, the parties agree that we may need to seek to extend the current October 31 deadline for dispositive motions, and related follow-on deadlines.

In the meantime, we look forward to continuing our discussions and seeing you at the October 8 conference.


Thank you,


Laine Goodhue, Trial Attorney

Aviation, Space & Admiralty Litigation

U.S. Department of Justice

Ben Franklin Station

P.O. Box 14271

Washington, DC 20044-4271

(202) 616-4123 Direct