**Exhibit 2 –**
**DECLARATION OF MARK R. SCHWENDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JEROME NIBBS,** | |
| Plaintiff, | |
| v. | **CIVIL NO. 3:24-cv-01290-ADC** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

**DECLARATION OF MARK R. SCHWENDER**

I, Mark R. Schwender, declare as follows:

<u>Professional Background</u>

1. I began my career as a civilian in the U.S. Coast Guard thirty-five years ago. Initially, at Governor's Island in New York, I was responsible for supporting the maintenance and repair of Coast Guard vessels, including patrol boats.

2. For the past twenty-eight years, I have worked at Coast Guard Headquarters. There I began as the technical director for acquisition of 87-foot patrol boats. I then became the assistant program manager for 110-foot patrol boat mission effectiveness program.

3. In 2006 I became the technical director for the Coast Guard's Fast Response Cutter (FRC) program. In October 2012, I was promoted to be the Deputy Program Manager for the Coast Guard's FRC Program. I currently hold that position. In this role, I ensure that the program stays within its cost, is on schedule, and within performance thresholds and that the vessels are delivered for sea trials and pass the required tests to make them ready for service in the U.S. Coast Guard.

<u>The FRC Program</u>

4. Prior to my accession to the position of technical director for the FRC program, the Center for Naval Analysis conducted a "gap analysis" in 2002-03 to determine what type of vessels the Coast Guard would need in the post-September 11 world.

1

5. In 2004-05 this gap analysis was followed by a Coast Guard mission needs statement that considered the larger role the Coast Guard would play in the national security field in addition to its more traditional missions of drug interdiction; migrant interdiction; search and rescue missions; fisheries law enforcement, and the like.

6. Following the mission needs statement, in 2006 the Coast Guard issued a request for proposals from shipbuilders to build a fleet of FRCs, otherwise known as Sentinel-class cutters.

7. The Coast Guard followed a disciplined acquisition strategy, including careful analysis of operational requirements; conducting worldwide market research; close consultation with Coast Guard technical authorities; use of the services of the U.S. Navy; use of independent commercial agents; a full and open competition for contracts; and an assessment of the most competitive designs put forth by industry.

8. The Coast Guard selected a "parent-craft" design[1] for these FRCs to ensure that the operating force receives new vessels capable of performing the required missions as quickly as possible. The deck layout of these FRCs is basically as depicted in Exhibit A to my declaration.

9. In 2008 the Coast Guard entered a contract with a shipbuilder to build 32 FRCs. In 2017, the Coast Guard entered a contract with a shipbuilder to build additional FRCs, now 45 for a total of 77 FRCs for a total of $6.0 billion. The first vessel was delivered in 2012, and the final vessel is due to be commissioned in April 2031. Under the contract, four vessels are due to be delivered each year.

10. The FRCs replaced the aging Island-class 110-foot patrol boats, for which I was an assistant program manager earlier in my career.

Coast Guard Cutters Relevant to this Case

11. I have been informed that Jerome Nibbs was detained in June/July 2022 on the following FRCs: USCGC HERIBERTO HERNANDEZ, commissioned in 2015; USCGC DONALD HORSLEY, commissioned in 2016; USCGC JOSEPH TEZANOS, commissioned in 2016; and USCGC JOSEPH DOYLE, commissioned in 2019. I have also been informed that Jerome Nibbs was detained in the same timeframe aboard the USCGC RELIANCE, commissioned in 1964 as a medium endurance cutter.

---

[1] The Coast Guard coined this term to describe the use of an existing ship design that has successfully performed equivalent missions.

12. None of these cutters contains a brig or other designated detention area below deck for detaining suspected drug smugglers.

Redesigning or Renovating FRCs or the Medium Endurance Cutters to Accommodate an Internal Brig

13. I would defer to the mission side of the house when it comes to whether to include a brig or other designated space in the FRCs for holding suspected drug smugglers below the deck of the vessel. Currently, on the mission side, Commander Jeremy J. Montes is the Chief of Major Cutters & Patrol Boats Division, Office of Cutter Forces.

14. That said, I can attest that redesigning a whole new fleet of 77 FRCs and having them built and commissioned would take more than two decades at a cost of billions of dollars. Alternatively, trying to retrofit each of the 77 FRCs with a brig (or equivalent below-deck space) would require taking the cutters out of service for an unknown period, would constitute major ship repairs, and would not be cost effective. It would also require a reduction of other operationally required capabilities, such as independent operations, endurance, damage stability, and speed.

15. Replacing or retrofitting the USCGC RELIANCE and other medium endurance cutters in the fleet with a brig (or equivalent below-deck space) is not practical. The Coast Guard is currently building a fleet of up to 25 offshore patrol boats of 360-feet to replace the aging medium endurance cutters at a cost of $350-400 million each. Six of them are currently under contract.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth above are true and correct based upon my personal knowledge and information furnished to me in my official capacity as a civilian in the U.S. Coast Guard.

Date: 17 Dec 2025

SCHWENDER.MAR K.RICHARD.102452 7065
Digitally signed by SCHWENDER.MARK.RICHARD. 1024527065
Date: 2025.12.17 13:15:09 -05'00'

Mark R. Schwender
United States Coast Guard

3