# Exhibit 3 –
# Deposition of JEROME NIBBS

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO


JEROME NIBBS, AKINDE THOMAS CHALWELL


                                    CIVIL No. 3:24-CV01290

        Plaintiffs,        c/w 3:24-CV-01344


        vs.


UNITED STATES OF AMERICA,


        Defendant.




                ZOOM VIDEOTAPED DEPOSITION


                The following is the Zoom

        videotaped deposition of JEROME NIBBS, taken

        before Laurie Austin, RPR, Notary Public,

        pursuant to Notice of Taking Deposition, at

        Federal Correctional Institution Sandstone,

        commencing at approximately 9:10 a.m., on

        August 28, 2025.




            Job No. CS7487354

Page 2

APPEARANCES:

For the Plaintiff:

Sanchez-Maciera Law Office
Attorneys at Law
PO Box 191972
San Juan, Puerto Rico 00919
By:  Raymond L. Sanchez-Maceira, Esq.
Sanchezlaw264@gmail.com
Via telephone

For the Defendant:

U.S. Department of Justice
Attorneys at Law
PO Box 14271
Washington, DC 20044-4271
By:  Gavin J. Hallisey, Esq.
Gavin.hallisey@usdoj.gov
Rodney Patton, Esq.
Rodney.patton@usdoj.gov
ALSO APPEARING:  John Skarja, videographer
--------------------------------------------
INDEX

| Witness | Examination by | Page |
| --- | --- | --- |
| Jerome Nibbs | by Mr. Hallisey | 5 |

EXHIBITS

NONE

Any reproduction of this transcript
is prohibited without authorization
by the certifying reporter.

Page 3

* * *

THE VIDEOGRAPHER:  Good morning. We are going on the record, approximately 9:11 a.m. on August 28th, 2025.

Please note the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones.  At this time audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit number one of the video recording deposition of Jerome Nibbs, taken by counsel for defendant, in the matter of Jerome Nibbs, Akinde Thomas Chalwell versus United States of America, filed in U.S. District Court of District of Puerto Rico.  Case number is 3:24-CV-01290.

The location of the deposition is the Federal Correctional facility in Sandstone, Minnesota.  My name is John Skarja representing Veritext.  I am the videographer.  The court reporter is

Page 4

Laurie Austin, also from Veritext.  I am not authorized to administer an oath.  I'm not related to any parties in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.  Counsel and all present, even remotely, will now state their appearances and foundations for the record, beginning with noticing attorney.

MR. HALLISEY:  Gavin Hallisey, United States Department of Justice.

MR. PATTON:  Rodney Patton, U.S. Department of Justice.

MR. SANCHEZ-MACEIRA:  Raymond Sanchez-Maceira on behalf of the plaintiff.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness, and then counsel may proceed.

P R O C E E D I N G S

(Whereupon, the deposition of JEROME NIBBS was commenced at 9:11 a.m. as follows:)

(Witness sworn.)

JEROME NIBBS, called as a witness, being first duly

Page 5

sworn, was examined and testified as follows:

* * *

DIRECT EXAMINATION

BY MR. HALLISEY:

Q.  Mr. Nibbs, my name is Gavin Hallisey.  I'll be taking your deposition.  I'm here to listen to you, to ask you questions, and for you to tell me what happened, but first I have to ask you some opening questions.

A.  Okay.

Q.  Do you understand how we are going to proceed today?

A.  Yes, sir.

Q.  So, in this deposition, I'm going to ask you questions, and those questions will be recorded by the court reporter.  You understand that you need to speak up and to answer orally in giving your answers so that the court reporter can hear you clearly?

A.  Yes, sir.

Q.  Please let me know if you don't understand a question.  I can try to rephrase.  Do you understand?

A.  Yes, sir.

Q.  Please speak up if you need a break at any

Page 6

time, but I ask that we finish your answer if we're in the middle of it, and then we can -- we can see what we can do about a break.

Does that sound good to you?

A. Yes, sir.

Q. I ask that you let me finish my questions before you answer them. Does that sound good?

A. Yes, sir.

Q. Have you spoken with anyone about the testimony that Mr. Chalwell gave on the 26th of August?

A. No, sir.

Q. Do you understand that you've taken an oath to tell the truth?

A. Yes, sir.

Q. What does that mean to you?

A. That I have to tell the truth to everything; what happened.

Q. Is there any reason you can think of why you would not be able to answer my questions fully and truthfully?

A. No, sir.

Q. Have you been deposed before?

A. Have I been what?

Page 7

Q. Have you been deposed before?

A. Deposed.

What do you mean by that?

Q. Outside of a courtroom, have you been sworn to tell the truth and an attorney ask you --

Let me repeat the question.

Outside of a courtroom, have you been sworn to tell the truth and an attorney has asked you questions?

A. Yes, sir.

Q. When was that?

A. When I was in (inaudible).

THE COURT REPORTER: When what?

THE WITNESS: When I was in Puerto Rico and my lawyer come to see me. I will tell him the truth.

BY MR. HALLISEY:

Q. Did anyone, say, a court reporter, someone who wasn't your lawyer, have you take an oath to tell the truth when that happened?

A. From somebody else?

Q. Yes.

So has there ever been -- ever been a time outside of a courtroom which someone who is not your lawyer has administered to

Page 8

you an oath to tell the truth and then a lawyer asked you questions?

A. No, sir.

Q. So I'm going to ask you about your background.

A. Okay.

Q. What's your full name?

A. Jerome Nibbs.

Q. Do you have a middle name?

A. Eli. Jerome Eli Nibbs.

Q. How old are you, Mr. Nibbs?

A. 47.

Q. Did you attend high school, Mr. Nibbs?

A. Yes, sir.

Q. What was that high school's name?

A. Elmore Stoutt High School.

Q. Did you finish high school?

A. No, sir.

Q. Do you have any education beyond that high school?

A. No, sir.

Q. Before you took the voyage where the Coast Guard picked you up, what was your job?

A. Truck driver for Sky's the Limit.

MR. SANCHEZ-MACEIRA: I'm sorry to

Page 9

interrupt. I can -- I can hear fine the lawyers, but I can't -- can't hear what Mr. Nibbs is saying. Can you put him a little bit closer to the microphone, please.

MR. HALLISEY: Sure. We're going to move the phone right now.

MR. SANCHEZ-MACIERA: Thank you.

MR. HALLISEY: Mr. Nibbs, can you state your name again.

THE WITNESS: Jerome Eli Nibbs.

MR. SANCHEZ-MACIERA: Yeah. Perfect.

MR. HALLISEY: Great.

MR. SANCHEZ-MACIERA: Thank you.

BY MR. HALLISEY:

Q. What was the name of the company you worked for?

A. Sky's the Limit.

Q. How long did you have that job?

A. 11 to 12 years.

Q. What were your responsibilities in that job?

A. I was the (inaudible).

THE COURT REPORTER: I'm sorry?

THE WITNESS: I'm trying to remember the name.

3 (Pages 6 - 9)

Page 10

I was like an assistant.

BY MR. HALLISEY:

Q. What did you do on a given day?

A. I drive truck or cut trees.

Q. And you did that for 11 to 12 years?

A. Yes, sir.

Q. How much money did you make per year in that job?

A. I don't know how much a year, but I know how much every two weeks.

Q. How much did you make every two weeks?

A. $1000.

Q. Where did you live before your voyage where the Coast Guard picked you up?

A. Belle Vue. Tortola, Belle Vue, British Virginia Islands. Tortola, Belle Vue.

Q. Did you have a street address?

A. No, sir.

Q. How did you prepare for this deposition?

A. How did I prepare for this deposition? I just prepare myself to answer truthfully.

Q. Did you speak to your lawyer in preparation for this deposition?

A. Did I speak to a lawyer?

Page 11

Q. Did you speak to your lawyer?

A. Yeah. He just tell me that we have -- we have the thing on the 28th to do the -- you are going to come talk to me on the 28th.

Q. Did you speak to anyone other than your lawyer in preparation for this deposition?

A. No, sir.

Q. Did you look at any documents in preparation for this deposition?

A. No, sir.

Q. About how many hours did you spend preparing for this deposition?

A. I was always ready for it.

Q. We're going to move to talking about your time with the Coast Guard. Do you remember the name of the boats you were on?

A. I can't remember the names of my....

Q. I'm going to ask you now about your restraints on the boats. Could you tell me about your restraints?

A. You mean in like what happened to me on the boat?

Q. So you were restrained on the boats?

A. Yeah. I was -- I was shackled on my foot to the boat.

Page 12

Q. So tell me about that.

A. Well, I was shackled for 36 days; like if I had to use the bathroom, I would ask them like I need to use the bathroom. They would take me to an outside toilet where I have to use it where they had -- they had children there that could see me using it. One time they were laughing at me while I'm using it.

I'm -- I'm sleeping on the -- on the -- on the floor on the deck of the boat to the back. They didn't give us nothing to lie on. If -- if -- if it rains, we getting wet. We have to stand up to let the water run off of the boat, and when it dry up, then we would go back to lie.

When the -- they was giving us a cup of -- of rice and beans a day three times a day. They had no table for me to eat on. We -- we putting it on the -- on the floor.

And we take an outside shower every -- every -- maybe every three days or so in -- with a hose. The same hose we -- we taking a shower with is the same hose they fill in the tank to give us water to drink with; that's the same hose they spray in the

Page 13

toilet, everything. It's outside toilet; all of that.

Q. Mr. Nibbs, I'm going to ask you about those topics one by one.

A. Okay.

Q. I'm going to move back to the restraints. You said you were restrained by your leg?

A. Yeah.

Q. What part of your body was the restraint around?

A. My foot.

Q. Was it on your ankle or your foot?

A. My ankle.

Q. How tight were the restraints?

A. It was tight enough for if -- if -- if I moving in my sleep, it would hurt. It would wake me up because it would hurt.

Q. Did the restraints ever cut you?

A. No. They never cut me.

Q. Did they ever bruise you?

A. I could -- you could see a mark -- after sleeping, you could see a mark on your foot from the -- the handcuff.

Q. If you --

A. Foot cuff.

Page 14

Q. If you would touch that mark, would it hurt?
A. Yes. I used to have to shift it a lot from the -- the -- from it hurting.
Q. Did you ever ask for the Coast Guard to loosen your restraints?
A. To loosen them?
Q. (Nods head up and down.)
A. I asked them just slacking it up a little bit; that's all.
Q. What did they say?
A. They said okay.
Q. Did they slacken it up?
A. Just a little bit for -- it -- it was too -- it was too small for me. So it ain't -- it didn't make a different.
Q. How far could you move the leg that was restrained?
A. How far?
    You couldn't move it far because the chain was -- wasn't long.
Q. About how long would you say the chain was?
A. (Indicating).
Q. How long is that to you?
A. Maybe foot and a half.
Q. And what was the restraint made out of?

Page 15

A. Chain.
Q. Was it metal? Plastic?
A. Metal. Metal.
Q. Where on the ship were you restrained?
A. At the -- at the back by the -- by the engine room. The -- the -- it had a -- like a -- like a super charger thing; like you could hear the engine, like a little house thing there where they -- the engine is.
Q. Were you restrained inside or outside?
A. Outside.
Q. If you were facing the front of the boat --
A. Yeah.
Q. -- would the water be closer on your left or on your right?
A. At one time it was on the left and the next time it was on the right because one time we was on the left side of the boat, and then on the next time they take us and put us on the right side of the boat.
Q. So they moved you back and forth?
A. Yeah.
Q. Were you ever moved to the front of the ship?
A. We moved to the front of ship, I think, once. That's when they was doing a -- they had pick

Page 16

up some other people. We had to go to the front of the ship for them to process the other people.
Q. Did they then bring you to the back of the ship?
A. Afterwards, yeah.
Q. So about how long were you on the front of the ship?
A. About -- almost a day.
Q. Was the ship moving?
A. At all time.
Q. So while you were on the front of the ship, the ship was moving?
A. Yes.
Q. Do you know who those people were?
A. The U.S. Coast Guard.
Q. The people they picked up. Do you know who those people were?
A. No. I didn't know them.
Q. Were they also detainees?
A. Yes, sir.
Q. How many were there?
A. One time it was about 80; next time about 20; next time about 3. It was several times we -- we picked up people.

Page 17

Q. So the people who were picked up, were they restrained?
A. No.
Q. Did you ever pick up people who were restrained?
A. No.
Q. So the entire time you were on the boats, you were the only ones who were ever restrained?
A. Yes.
Q. The restraint situation that you've described --
A. The who?
Q. The restraint situation --
A. Uh-huh.
Q. -- the shackling situation --
A. Yeah.
Q. -- you described to me, was that the same boat to boat?
A. Yeah. Every boat we went on, that's how they shackle us.
Q. Is there anything else you'd like to tell me about the restraints?
A. Not really.
Q. I want to ask you about sleeping now.
A. Okay.

5 (Pages 14 - 17)

Page 18

Q. You said before that you had nothing to sleep on. What do you mean by that?
A. They didn't give us no -- nothing to put under us to lie on.
Q. So what was underneath you when you lied down?
A. It was a -- a -- a black thing with some holes in it.
Q. What was it made out of?
A. It was like a -- like rubber.
Q. If you would push on it, would it have gived?
A. No. It's stiff; a hard -- a hard rubber.
Q. Besides what you were sleeping on, tell me about your sleeping situation.
A. Well, I was -- I was without a shirt for the 37 days because they take my shirt (inaudible.)
    THE COURT REPORTER: Say -- say again. I'm sorry.
    THE WITNESS: I was without a shirt --
    THE COURT REPORTER: A shirt.
    THE WITNESS: -- for the 37 days. They take my clothes from me and give me a -- a -- a white -- a white kind of paper thing

Page 19

and it couldn't fit me. So I was shirtless.
    I asked them if I could get my shirt back. They didn't -- they said they can't give it back to me. And you could see the -- the holes mark on my body every time I get up in the morning -- went to get up from the black, hard rubber thing. And --
    Oh. And up over our head had some lifejacket. We -- we -- we -- we started to take -- take two down to try to use as a pillow because we didn't have nothing to lie on, and we be sleeping there and they just come and chuck it from under our head and say we can't -- we can't use that and they take it from us.
    They -- they -- they didn't even like wake you up and say, You can't use that. They would just chuck it from under your head, and we were just trying to use it as a pillow because we had nothing.
    Then they -- they give us -- they give us a -- a blanket to try to cover with, but it -- when it -- when it rain, it's down wet. You got to stand sleeping when it's wet. You get up during the night if it's

Page 20

raining. We passed through some rainstorms and we out in the -- in the rainstorm getting all that water on us.
    One time they move me downstairs and chain us -- it was through a storm. It was raining. I was -- I was cold, trembling. And my -- my -- my codefendant tell me to, Just hold on, man. We'll make it.
    I -- I was freezing like if I'm -- I couldn't take it. Yeah. And they -- they would move us out the rain. Every--- everybody is -- could move along if it rain, they ain't shackled, but we shackled and we have to just stay there. People -- people walking on us. We can't move. Yeah.
Q. You say your codefendant. Do you mean Mr. Chalwell?
A. Mr. Chalwell.
Q. So your shirt. I want to ask you a little bit about that.
A. Yeah.
Q. You said that the paper shirt, the paper jumpsuit they gave you --
A. Yeah.
Q. -- it --

Page 21

    Please let me finish my question.
A. Oh.
Q. You say it didn't fit you?
    Was that a yes or a no?
A. It didn't fit me.
Q. I'd just like to remind you, Mr. Nibbs, our court reporter can't record you shaking or nodding your head. So I just ask that you say "yes" or "no."
A. Okay.
Q. Thanks so much.
A. Yeah.
Q. You say it didn't fit you. Did you ask the Coast Guard for a bigger jumpsuit?
A. Yes, sir. I asked for a bigger jumpsuit. They tell me that's the biggest size they have. So then I asked them, Can I get my shirt back, please, then, because it cannot fit me. They say they can't give it to me.
Q. Did they give you a reason why they couldn't give it to you?
A. They didn't give me no reason. They just said I can't give it to you.
Q. The jumpsuit they gave you, did they ever give you a new one?

6 (Pages 18 - 21)

Page 22

A. Yeah. When -- when -- every time we -- we -- we get a shower, they give us a new one.

Q. So what part of your body did the jumpsuit cover?

A. Just my lower body.

Q. You mentioned you were woken up by the Coast Guard one time when they took lifejackets that you were using as pillows.

A. Yeah.

Q. Were you, at any other time, woken up from your sleep by the Coast Guard?

A. No.

Q. So all the other times you woke up from sleep, you woke up naturally?

A. Yeah.

Q. You mentioned a blanket before. How much of your body would that blanket cover?

A. I -- I use it to -- to try to cover me from the cold, but if it's wet, it ain't no -- it can't do no help to me.

Q. So if you would lie down --

A. Yeah.

Q. -- put the blanket on your feet --

A. Yeah.

Q. -- and pulled it as far as it could go, would

Page 23

it cover your whole body?

A. Not over my head.

Q. So where would it reach?

A. It would reach right here (indicating); my chest.

Q. Reach your chest?

A. Yeah.

Q. What was that blanket made out of?

A. I think cloth.

Q. How many hours did you sleep, on average, while on the Coast Guard boats?

A. I can't -- I can't even give you a -- a -- how much hours. I ain't sleep much. I -- I ain't -- I ain't know how much hours. I can't.

Q. When you woke up, did you feel rested?

A. No.

Q. Did you feel tired?

A. I feel tired and stressed out from -- from whole -- from -- I can't -- I can't sleep for long with that thing on my foot. Every time I move, it hurt me. It wake me up. I can't sleep for long.

Q. So when you slept --

A. Yeah.

Page 24

Q. -- would you wake up during the night?

A. Yes. All the time.

Q. And why would you wake up during the night?

A. Because the -- the shackle is hurting me on my foot.

Q. Any other reasons?

A. No. No. Because the shackle hurting me.

Q. The sleeping situation that you've described to me, was that the same boat to boat?

A. Yes.

Q. Is there anything else about the sleeping situation you want to tell me about?

A. Just like couldn't sleep. I couldn't sleep comfortable. I couldn't sleep because the shackle on my foot was -- if you -- if I get into a position, it will -- it will hurt.

You got to keep getting up when -- when it's raining, you got to stand up until the rain done, and then the place dry up for you to lie back down. And this is every night. I don't know. And whenever it was, it was raining. Every day it rained. We -- we ain't pass a day without the rain. When it -- when it rained, we cannot lie down or sit. We have to stand up until it's dry up

Page 25

because we out in the open.

Q. Did you ever talk to the Coast Guard about your complaints with the sleeping situation?

A. Yes, sir.

Q. What did they say?

A. They -- they said they -- they can't -- we asked them if we can go inside. They said they can't take us inside.

Q. Why did they say you couldn't go inside?

A. I don't know why.

Q. They just said you can't go inside?

A. Yeah.

Q. When you raised the complaints about the sleeping situation, besides saying you couldn't go out -- inside, what else did the Coast Guard say?

A. They -- they ain't had much to say.

Q. What did they say?

A. I mean, I just -- we didn't -- I -- we asked -- I asked if they have nothing for me to sleep on, they -- they said no. I asked if we can go inside, they say we can't go inside.

Q. Did they give you a reason why?

A. No.

Page 26

Q. Did they mention anything about protocol or manuals?

A. No. They ain't saying nothing about that.

Q. When you complained to them about the restraints, did they mention anything about protocol or manuals?

A. The -- they just said we -- we -- we have to stay -- stay -- stay cuffed.

Q. Is there anything else about sleep you'd like to tell me?

A. No, sir.

Q. You mentioned the rain. I want to talk to you about exposure to rain, spray, sun. Can you tell me about your exposure to the elements?

A. Well, I -- I was -- I was exposed to the rain, sun, the saltwater. Sometime they would be going like to -- to get more people like on a chase, like their job, and the boat would be traveling a little faster and the saltwater would be splashing in our face (makes noise) straight. You can't -- we can't move because we shackled.

They got those who on the boat that ain't shackled, they would move to different

Page 27

spots so they didn't get wet, but we have to stay there and take the wet because we shackled. We can't move.

Q. You spray -- say you were sprayed by the saltwater.

A. Yeah.

Q. Were you only sprayed by saltwater when the boat was chasing someone and going fast?

A. The saltwater, that's if it ain't raining. If it ain't raining, it's just going to be the saltwater, but if it raining, we getting the rain, the saltwater.

Q. So getting sprayed by the saltwater, when the boat was going at a normal speed, were you sprayed by saltwater?

A. No. When we -- when they -- it -- it -- they going to -- like to do their job, like to catch corrupt people, they moving rapidly, then the water be splashing in our face.

Q. So only when the boat was moving rapidly you were splashed by saltwater?

A. By saltwater, yeah.

Q. So if you imagine where you were restrained, if you looked straight up, what would you see?

Page 28

A. Yeah.

Q. What would you -- if you were -- imagine you were restrained on the boat right now.

A. Yeah.

Q. If you looked straight up, what would you have seen?

A. The lifejackets up over -- up over our head.

Q. What else?

A. The lifejackets, and I think it's a blue canvas.

THE COURT REPORTER: A what? Canvas?

THE WITNESS: Yeah.

BY MR. HALLISEY:

Q. So you had a tarp above your head?

A. Yeah. Blue -- a blue one.

Q. So you couldn't see the sky if you looked straight up?

A. Yeah. I could see the sky, too. Yeah.

Q. Did you have a tarp over your head?

A. At -- at certain places, yeah.

Q. At certain places.

Do you mean you didn't have a tarp above your head on certain boats?

A. No. They have -- they have -- they have a

Page 29

canvas and the lifejackets over our head on the boats.

Q. If you looked to the sides --

A. Uh-huh.

Q. -- what would you see?

A. I could see the -- the sky, the water -- the sea water. Sea water.

Q. So there was a --

Oh. Please -- please go ahead.

A. And -- and I could see the next side of the boat. They have two sides of -- of -- they got a step -- the step between -- on the one side -- on this side, on that side, yeah.

Q. So there was a canvas above your head, but nothing on your sides?

A. Yeah. Like a -- like a net. A net thing on the side.

Q. So there was a canvas above your head and nets on the sides?

A. Yeah. A net; like you could see straight through.

Q. If it rained straight down, would the canvas above your head protect you from the rain?

A. No. I will still get wet.

Q. How would you get wet?

8 (Pages 26 - 29)

Page 30

A. The water raining in on the side of me -- on the sides, straight on me.

Q. So when you got wet from the rain --

A. Yeah.

Q. -- it would be coming from the sides?

A. Yeah.

Q. And it was coming from the sides because of the wind?

A. No. It just went in straight -- straight on in -- in -- where -- where I'm shackled, the water -- the rain would just wet -- wet me at all time.

Q. So that rain was coming from the sides?

A. Yes, sir.

Q. So for all the rain that was coming straight down, the canvas above your head would protect you from getting hit by that rain?

A. Yes, straight down, but on the side, I'm getting wet from the rain and the water run straight down on -- down on me.

Q. How much of that canvas above your head protected you from the sun?

A. Well, where I was, the sun was beaming on me at all time.

Q. So you were never in the shade?

Page 31

A. Not if the sun is up.

Q. So if the sun was up, you were never in the shade?

A. No. It's beaming on me hot. The -- the -- the -- the floor get hot; everything.

Q. Was it too hot to touch?

A. No. It wasn't too hot to touch.

Q. Did you receive a sunburn?

A. No, not -- I don't receive no sunburn.

Q. How wet would you get?

A. How wet would I get?

Q. (Nods head up and down.)

A. Wet as the way we have to wring -- wring the blanket out and just see the water wringing out of it. And we try to -- try to move it out of the rain to dry. Obviously, it -- for you to wait for that to dry to go back to sleep. It never -- it never -- so we just wring it out and use it wet.

Q. How cold was it at night?

A. Cold. Very -- I was cold every night. I have no shirt.

Q. What would you estimate the temperature was at night?

A. I can't tell you what temperature was, but I

Page 32

know it was cold enough for me to be trembling and my teeth knocking.

Q. In the daytime, was it hot or cold?

A. It would be hot. I had no shirt on. So it's very hot for me. I ain't got no protection.

Q. Sitting there, were you sweating at the -- in the daytime?

A. Yes, sir.

Q. Did you ever get sick from being wet?

A. Not -- not that sick, but I get like a little runny nose and thing; like a cold.

Q. Did you get sick at all on the boats?

A. Just a -- just a little cold.

Q. So the only sickness you got on the boats was a cold?

A. Yeah.

Q. What were the symptoms of that cold?

A. Runny nose.

Q. Any other symptoms?

A. And headache. A bad headache.

Q. So you had a runny nose and a bad headache?

A. Yeah.

Q. Any other symptoms?

A. No, sir.

Q. So you say the headache was bad. So on a

Page 33

scale of one to ten, "one" being, you know, a slight headache, and "ten" pain so bad you'd rather be dead, how painful was the headache?

A. About a seven.

Q. How bad was the runny nose?

A. About five.

Q. So "one" being your nose barely runs, "ten" being a continuous flow, how runny was your nose?

A. About five.

Q. So the Coast Guard people that were there, were they exposed to the elements in the same way you were?

A. No. They -- they -- they -- they were sitting in a -- a chair close by the door, and if it's raining, they ain't getting wet, but we getting wet.

Q. If you were in the sun, were they in the sun?

A. No. They -- they -- they move around. They take different shifts, go inside in -- in the A/C. They have A/C inside.

Q. The person out there with you --

A. Uh-huh.

Q. -- when you were in the sun, were they in the sun?

9 (Pages 30 - 33)

Page 34

A. No. They -- they by the door sitting in a -- in a cool spot right about -- right by the -- the entrance to go inside.

Q. So the person watching you, they were always in the shade?

A. Not when they taking me to the bathroom, and they -- if we -- if we say we need some water to drink or something.

Q. So when they were sat down in that chair you told me about, were they always --

A. Yeah.

Q. -- in the shade?

A. Yeah. They in the shade cool and maybe reading a book or something.

Q. When they were sat down in that chair you told me about, were they always dry?

A. Yes, sir.

Q. Did they ever get wet sitting in that chair?

A. No, sir.

Q. Did you ask anyone with the Coast Guard to dry you off?

A. If I asked anyone to dry me off?

Q. (Nods head up and down.)

A. No, sir.

Q. You say it rained every day. When would it

Page 35

usually rain?

A. Every day it rained during the day, or afternoon. It would rain at night.

Q. How heavy was the rain usually?

A. Sometime it would be heavy or sometime it would be slight.

Q. Was there ever a storm?

A. Yes. We passed through two, three rainstorm.

Q. Describe that to me.

A. Where it was heavy rain, lightning, and thunder, and we was through all that. We took all of that on -- on us.

Q. Did you ask to go inside when you went through the storms?

A. No. I didn't ask to go inside. They -- they -- the one time they move -- we did downstairs, that's where I tell you I was shackled and I was trembling bad. And my codefendant tell me, Just hold on, Big Dog. That's the word he said.

Q. Did you ever fear for your life during those storms?

A. Sometime I would feel like I can't make it.

Q. Describe that fear to me.

A. Like -- it's like, you know, you -- you --

Page 36

you -- like you shackled someplace and you just getting wet and nothing you do. You're wiping your face and you can't get the water keep out your face. You feeling like -- like, Geez, I can't take this. That's how it was.

Q. Did you fear you were going to go overboard?

A. No. I didn't feel like I was going to go overboard, but I was -- I would say -- I was saying like, Oh, we shackled. If something happened, if the boat have to go down, we -- we going to die because we -- we shackled. Everybody else is loose.

Q. So your fear came from the fact that you felt if the boat went down, you would die?

A. Yeah.

Q. Did your fear come from anything else?

A. Just the -- just the shackling; if we sleeping, we shackled. If anything is to happen, or we can't -- we can't go.

Q. Did you think anything was going to happen?

A. Well, anything is possible. You don't know.

Q. Did you think -- did you ever think the boat was going to sink?

A. I ain't -- I ain't think that they were going

Page 37

to sink. I ain't say we were going to sink, but, you know, we are in open water. Anything could happen.

Q. By "anything could happen," are you referring to the boat sinking?

A. I referring to -- yeah. Like they -- they doing work, they chasing people, you don't know what -- retaliation of what other people might be if they chasing them and they try to get away; maybe they shooting wrong, we can't move. We can't go like --

Q. So you're afraid that the people the Coast Guard were chasing might shoot back?

A. I don't know. I -- I -- I -- sometimes in the night, sometimes in the day, you ain't -- you ain't -- you ain't (inaudible).

Q. Sorry. Could you repeat what you just said?

A. I said sometime they -- they chasing people in the day, sometimes they chasing people in the night, you can't see what's going on. You ain't know what could happen.

Q. So the operations the Coast Guard did when they chased people, that's what made you afraid for your life?

A. Sometime they -- they -- they coming out with

10 (Pages 34 - 37)

Page 38

guns and think they going -- I could see they going with guns. You don't know like what could happen if -- if they have to start to -- to -- firing gunshots over. They have guns when they going on operation, and everybody they giving guns and we shackled. If anything -- we can't go nowhere. We can't move.

Q. Did you ever worry the Coast Guard was going to turn the guns on you?

A. Say that again?

Q. Did you ever worry the Coast Guard was going to turn those guns on you?

A. Well, I ain't feel they were going to turn the guns on me because we ain't doing nothing for them to turn the guns on me.

Q. Did you ever feel the Coast Guard was going to physically strike or attack you?

A. Attack me?

Q. (Nods head up and down.)

A. No, not -- not attack me.

Q. Did you ever feel the Coast Guard was going to hit you?

A. Hit me?

Q. (Nods head up and down.)

Page 39

A. No.

Q. So I'm going to go back to exposure to the elements.

A. Okay.

Q. How -- how were the seas? Were they rough? Calm? How would you describe them?

A. Every -- every day ain't the same. Sometime it rough, sometime it's calm, sometime it's medium. It -- every day ain't the same.

Q. On average, was it more rough or more calm?

A. It was more rough to me, especially when they moving us to other -- our other Coast Guard. They would take us in a -- a small little dinghy to go to the other Coast Guard, and you get in, the boat's going up and down, water is coming in.

One time I was going down the -- the ladder to get into the boat, I nearly fell over. They hold me. Then I get into the boat, and -- it -- it -- every day it wasn't the same.

Q. Did you ever get sea sick?

A. No. I don't get sea sick.

Q. When it was rough, how big were the waves?

A. I ain't sure how big it was.

Page 40

Q. Did the waves ever make water come onto the deck?

A. Not on the -- not on the big -- the big boat, but on the dinghy. When we going, water would come into the dinghy, yeah.

Q. On those dinghies, those small boats, were Coast Guard people with you?

A. Yes, sir.

Q. Did you ever complain to the Coast Guard about your exposure to the elements?

A. Yes, sir.

Q. What did you say?

A. I said I -- I mean, we clean up, I need my shirt because I'm cold, and -- from the rain and everything, but they say they can't give it to me. I don't know what reason.

Q. So your main complaint was about not having a shirt?

A. And the rain, if we -- like if we couldn't go inside.

Q. Did you ever complain to the Coast Guard about the sea spray?

A. About the what?

Q. The sea spray.

A. The sea spray. What's --

Page 41

Q. The water coming -- the water hitting you that wasn't the rain.

A. Yeah.

Q. What did they say?

A. They -- they -- they ain't had nothing to say about that. They -- they -- I can't -- I can't unshackle you.

Q. That was it?

A. Yeah. They say they had instruction to keep us shackled.

Q. So those instructions, you just said --

A. Yeah.

Q. -- did they say anything else about them?

A. No. They just said that's the instruction; they have to keep us shackled. They couldn't give us no phone call. I -- we asked to call our family. They said they couldn't give us no phone call. We have to keep shackled. That was their instruction.

Q. So when you complained about your treatment, they would respond, Well, we have an instruction. We can't change that?

A. Yeah.

Q. The weather situation you've described to me, was it the same boat to boat?

11 (Pages 38 - 41)

Page 42

A. Off and on, yeah.

Q. What do you mean by "off and on"?

A. Like it will rain maybe if -- if it ain't raining in the morning or the afternoon, it would rain in the night. If it ain't raining in the night, it would rain during the day, but every day we would get some rain.

Q. Outside of the rain, you were describing, you know, the awning, the tarp above your head, the net the mesh on your sides, you being wet. Was that always the same boat to boat?

A. Always.

Q. No differences?

A. No difference.

Q. Did you ever complain to the Coast Guard about the sun?

A. Yes. I said when -- when -- when -- the sun -- sun is burning me.

Q. What did they say in response?

A. They say -- what did they say? Like they had no ways to move me to because we can't go inside.

Q. Is there anything else you'd like to tell me about your exposure to the elements?

A. When they -- when you -- when you -- when you

Page 43

getting wet from the saltwater, and then it's -- it dry up on you, your lips would be burning. You have to wait until it's shower time. And that ain't every day. We wasn't getting a shower every day. So you would stay with the saltwater on you and burning your lips, your eyes burning.

Q. When it was burning your lips, your eyes were burning, how would you get relief from that? When would it stop?

A. It would stop when I -- when -- when you get the shower, or I would ask them for some water to drink. And then a cup of water they give me, I would wash my face with it or something.

Q. So when you washed your face, the burning of your eyes and the burning of lips went away?

A. It just cool it down a little bit.

Q. Is there anything else you'd like to tell me about the -- your exposure to the elements?

A. No. No, sir.

Q. I want to ask you about food. Can you tell me about the food situation on the boats?

A. Food?

Q. (Nods head up and down.)

Page 44

A. Yeah. We was given a -- a cup of rice and beans, and another cup with some water.

Q. So on that cup of rice and beans, did you ever receive any food other than rice and beans?

A. No. Rice and beans.

Q. So every --

A. Three times a day.

Q. So every meal you received was rice and beans?

A. Yeah.

Q. Was there anything else in those rice and beans?

A. No. I mean, we -- we -- we -- we would ask if -- ain't -- we ain't get no meat or nothing. It just that, but we would smell good thing cooking, and that's what we getting.

Q. Did you ask about what you smelled?

A. Yes. And they -- they -- they would say they getting the same thing, but rice don't have the smell of meat. We smell good thing cooking all the time, but we -- we ain't getting what we smelling.

Q. So every meal you ever had on the Coast Guard

Page 45

boats was rice and beans?

A. Maybe -- maybe one or two times we get -- we get other -- something else. They had one time the -- I think there was -- there was -- one of the Coast Guard guys was trolling and he catch a big tuna, and we -- that day we get tuna.

Q. So you received food other than rice and beans?

A. Yeah.

Q. And you received tuna one time?

A. Yeah; that's -- that -- that one time.

Q. Did you receive tuna any other time?

A. No. That's the -- that's the only time.

Q. Besides tuna, did you receive any food other than rice and beans?

A. I think maybe once.

Q. What did you receive?

A. It was rice and beans, but I think it had -- they had a -- a -- a little bit of chicken. Chicken bits or something; that's once. But we was getting rice and beans every -- every -- every day, three times a day.

Q. So you received rice and beans for every single meal except one time you got chicken

12 (Pages 42 - 45)

Page 46

and one time you got tuna?

A. Yeah.

Q. Was there any other time you received food other than rice and beans?

A. No. It was just -- it was just the rice and beans, and that one time that tuna, or the guy catch -- catch a big tuna and we get tuna that day, I think, or next time we get on -- maybe a little chicken; that was it.

Q. Do you know why you received the chicken the one time?

A. I don't know why. Maybe because we was complaining.

Q. Did you comment on the fact that you received chicken?

A. Say that again?

Q. Did you say to the Coast Guard -- did you acknowledge that you received chicken?

A. No.

Q. Did you ask for food other than rice and beans?

A. Yes. All the time we asked; like I would say, Man, I keep -- I keep -- I smelling good food cooking all the time and we just getting rice and beans, rice and beans, and not even

Page 47

a full cup of -- of rice and beans. It'll be like a cup, something like this (indicating), and it's halfway; not even a full cup of rice and beans.

Q. How many ounces would you say that cup in front of you is?

A. Maybe -- what is it? Seven ounce that is.

Q. Seven ounces.

And so you'd say you received half of that?

A. Yeah.

Q. So you'd say you'd receive about three and a half ounces?

A. Yeah.

Q. Did you get utensils?

A. Say that again?

Q. Did they give spoons, forks, knives?

A. A -- a paper spoon thing. And if -- say -- say, if they give me this, this -- this cup of rice and beans, and my codefendant ain't want all of his, you can't get it. They would throw the rest in the garbage.

Q. So if you didn't finish your food --

A. Yeah.

Q. -- they would throw it in the garbage?

Page 48

A. Yeah. If I can't -- I get -- like me, I didn't like it, but I'm saying my codefendant, he would like -- he would like it. If I give it to him, I can't give it to him. They would take it from me and throw it away. You can't give your codefendant the rest of it or anything. And I don't know for what reason, and it's just a little bit already.

Q. Did you always finish the rice and beans given to you?

A. No.

Q. Sometimes you left leftovers?

A. Sometimes I don't eat it at all. I -- I sick -- sick and tired of it.

Q. Did Mr. Chalwell always finish his rice and beans?

A. No.

Q. So sometimes Mr. Chalwell had leftovers?

A. Yeah.

Q. Did he say why he didn't finish his rice and beans?

A. He didn't like it.

Q. How often would you not finish your rice and beans?

Page 49

A. I don't know. Sometime I would just eat a little bit. I eat sometime -- just to eat something to keep me going, but I don't -- I don't like it. I just eat a little tiny bit to got something inside of me.

Q. So, in any day -- any given day, would you not finish your rice and beans?

A. Yes. All the time. I just eat a little bit of it, or sometime I don't eat none of it at all.

Q. So every single day, you would leave leftover rice and beans?

A. Yeah.

Q. Would the Coast Guard ever encourage you to finish your leftover rice and beans?

A. No.

Q. So you always received rice and beans three times a day?

A. Yeah. And a (inaudible).

THE COURT REPORTER: A what?

THE WITNESS: And a cup of water. A water in a cooler placed in the sun; no ice. In an Igloo placed in the sun, no ice in it. I complain a lot of times about the water is warm; not like hot. They -- they

13 (Pages 46 - 49)

Page 50

put no ice in it.

BY MR. HALLISEY:

Q.  So on a scale of "one" being iced water, "ten" being scalding hot water, how hot was the water to you?

A.  I would say about six.

Q.  Was the water hot at night?

A.  No.  It ain't got no sun on it.  It just -- the water is at night at room temperature.

Q.  So the water was only hot in the daytime?

A.  Yeah.

Q.  I want to jump back to food.  Was there ever a time where the Coast Guard fed you less than three times a day?

A.  No.

Q.  The people who weren't shackled, what food did they receive?

A.  The same food.

Q.  Rice and beans?

A.  Yeah.

Q.  How often would they receive food?

A.  Three times.

Q.  After you'd finish a meal of rice and beans, let's say you ate the whole thing --

A.  Yeah.

Page 51

Q.  -- were you hungry?

A.  All the time.  I -- I lose -- I lose weight.

Q.  So right after you finished the rice and beans, you eat the whole thing, were you hungry?

A.  Yes, sir.

Q.  So when you didn't finish the rice and beans, when they were leftovers, you were hungry?

A.  Yes, sir.

Q.  So from the point you woke up in the morning to the point you went to bed at night, you were hungry the whole time?

A.  I was -- I ain't get enough food.

Q.  Is that a yes?

A.  Yes, sir.

Q.  Did you tell the Coast Guard you were hungry?

A.  I would ask them if -- if -- if we don't get no snacks.

Q.  And they would respond?

A.  No.  We -- we never used to get no snacks.

Q.  Did the Coast Guard get snacks?

A.  Yes.  I used -- I see them eating Chee-tos, drinking Gatorade.  Right there in front of us they would be eating Chee-tos, Gatorade.

Q.  And you never got any?

Page 52

A.  No.

And -- had one -- one time we went about hundred something miles to save a white person in a boat.  And when we reached there, the first things I see them doing is taking cases of water, cases of -- of Vienna sausage to take to the man to eat.

And I like, how -- we never get a water -- bottle of water.  We never get that to eat, and they have us here chained for 37 days.  He only here for a couple hours and they take cases of food to him.

Q.  Did they arrest that man you're talking about?

A.  No.  They went to rescue him.  I think something went wrong with his boat; a yacht or something.  We towed them -- we towed him, the -- the yacht back to someplace.  I -- it was the middle of the ocean, but on -- when we reach there, they take a set of food over to him -- to -- to him.  We never -- we never ever get a bottle of water to drink.  They take cases of water, cases of food.

Q.  You said that you told the Coast Guard you wanted snacks, food that wasn't rice and

Page 53

beans.  Did you ever tell the Coast Guard, I am hungry?

A.  No.  I never really tell them, Hey, I'm hungry.  I just wait until they bring whatever they bringing.

Q.  How much did you weigh when you left the British Virgin Islands?

A.  I can't remember.

Q.  Did you ever weigh yourself on the British Virgin Islands?

A.  Yeah.

Q.  And how much did you weigh when you weighed yourself?

A.  I used to be like 270.

Q.  So on the British Virgin Islands, when you weighed yourself, you were about 270?

A.  Yeah.

Q.  Before you left the British Virgin Islands, when was the last time you weighed yourself?

A.  I don't know.

Q.  How much do you think you weighed when you left the British Virgin Islands?

A.  I can't even give you a sure.  I -- I ain't -- I ain't no -- I ain't going to lie. I ain't know.

14 (Pages 50 - 53)

Page 54

Q. When you did weigh yourself on the British Virgin Islands, where did you weigh yourself?

A. I think at the hospital.

Q. How much did you weigh when you were dropped off in Puerto Rico by the Coast Guard?

A. Say that again?

Q. How much did you weigh when you were dropped off in Puerto Rico by the Coast Guard?

A. I didn't check my weight.

Q. Did they weigh you?

A. No.

Q. Let me rephrase.

    Did the Coast Guard ever weigh you?

A. I ain't remember them weighing me.

Q. Did the prison officials ever weigh you?

A. I ain't remember they weighing at. I remember they taking my height. I ain't remember them weighing me.

Q. So they took your height, but they didn't weigh you?

A. Yeah. They -- they -- they put me just on a -- on a ruler, take a picture of me.

Q. How much do you think you weighed when you were dropped off in Puerto Rico?

A. I ain't sure, but I know I -- I lost a lot of

Page 55

weight.

Q. Why do you feel you lost a lot of weight?

A. I wasn't getting sufficient food.

Q. Was it visually noticeable to you that you lost weight?

A. Yes.

Q. Why do you say that?

A. I could feel myself lighter; I could have -- I could have -- like do things where I know I couldn't do before because I'm too big.

Q. What do you mean by that?

A. Like the way I have to go to touch my -- my foot. Yeah.

Q. So it was easier for you to touch your foot after you were dropped off in Puerto Rico than it was when you were in the British Virgin Islands?

A. Yes, sir.

Q. How much easier?

A. A lot easier.

Q. Do you feel you've gained that weight back?

A. No. Yeah.

Q. You have not?

A. I've gained it back, yes.

Q. You gained the weight back?

Page 56

A. Yes; since I am in prison.

Q. Do they weigh you in prison?

A. Yeah. I -- I weigh myself in prison here.

Q. How much do you weigh now?

A. Right now, I weigh 292.

Q. When you were dropped off in Puerto Rico, when was the first time you weighed yourself?

A. I ain't sure.

Q. What's the first time you remember?

A. I can't -- I can't remember because it's three years ago. I can't remember.

Q. What is the earliest weight you remember from the time you got dropped off in Puerto Rico?

A. The lowest weight I was?

Q. Yeah.

    The first time you weighed yourself that you remember after you were dropped off in Puerto Rico.

A. Maybe like -- maybe a year and a half ago.

Q. And how much did you weigh?

A. At that time, I -- I was 280 something.

Q. You say you've lost -- you lost weight because you didn't get enough to eat. Did you have any other effects from not having enough to eat?

Page 57

A. Stressing.

Q. Describe that to me.

A. Stressing over how I can't get in contact with my family. They don't know if I living or I die for the 36 days. How I was sleeping; shackled to this boat. I can't do -- do nothing -- I got to -- I -- if I want to use the bathroom, I got to tell them I want to use the bathroom, and they ain't coming right away. They coming when they want.

Q. So the stress you had came from not being able to call your family?

A. And -- and shackled to the boat.

Q. So the stress that you had came from not being able to call your family and the treatment you received?

A. Yeah. The treatment, yes.

Q. So going back to being hungry.

A. Yeah.

Q. You said that it caused weight loss. You say that it caused stress. Did it cause anything else?

A. Just weight loss, stress. Yeah.

Q. Anything else?

Page 58

A.  No.

Q.  So when you complained about the food situation to the Coast Guard, what did they say?

A.  They ain't -- they ain't say.  They said -- they said that's what's everybody eating. They said they eating that, too.  That's what they said.

Q.  Were they eating rice and beans?

A.  I couldn't see what they were eating because they don't eat in front of us, only when they snacking where they -- they -- if the officer were looking at us, I would see what he snacking on, but -- when it's time to eat, I wouldn't see what they eating, but I know you could smell meat is cooking.

Q.  So the only time you saw the Coast Guard eat, they were eating snacks?

A.  Yeah.  Where we could -- where they -- like the -- the what--- who's on duty looking at us.

Q.  You never saw any Coast Guard person eat a meal?

A.  No, because they don't eat outside.

Q.  The food situation you've described to me,

Page 59

was it the same boat to boat?

A.  Yes.

Q.  Is there anything else you'd like to tell me about the food?

A.  We -- we used to have to put it on the -- on the floor.  We ain't had no table to put it on.  Where we eat is right on the floor. They would rest the food on the ground for us.

Q.  So they would put the cup on the ground?

A.  Yeah.

Q.  So the cup was on the floor; the food was not on the floor.

A.  No.  The cup was on the floor; not the food. The cup.

Q.  Is there anything else you'd like to tell me about the food?

A.  No, sir.

Q.  You mentioned water before.  I want to ask you about that.  Could you describe the water situation to me?

A.  Well, the water was in a -- a Igloo placed in the -- in the sun of day.  So water would be hot for us to drink.  And that's the -- the same hose we bathe with, they wash the boat

Page 60

with, they flush the toilet with, that's the same hose I see them filling the cooler for us to drink out of.

Q.  So the water you got came from a hose into a cooler?

A.  Yes.

Q.  And then how would you get the water?

A.  They -- they would hold a cup and press the cooler for the water to come out for us to drink.  The water would taste like (inaudible.)

        THE COURT REPORTER:  Taste like what?

        THE WITNESS:  The hose.

        THE COURT REPORTER:  The hose.

        THE WITNESS:  The garden hose.  And I -- I complain several time about the water ain't taste good.

BY MR. HALLISEY:

Q.  Did the water taste salty?

A.  No.  It taste like a hose.

Q.  Describe that to me.

A.  A garden hose.

Q.  Describe what tasting like a hose tastes like.

Page 61

A.  It -- it -- it taste -- like if it come out -- you know how water taste out of a -- a -- a hose.  I can't tell you the -- the -- the taste.  I don't know what the taste name, but it's -- you could taste the garden hose. You know the difference from water out of a bucket or water out of a hose.

Q.  So when you wanted water --

A.  Yeah.

Q.  -- you asked for it and they gave it to you?

A.  Yeah.

Q.  Was there ever a time you asked for water and they -- the Coast Guard didn't give it to you?

A.  No.  They would give me the water here.

Q.  What did the water come in?

A.  They give me a -- in -- in a cup.

Q.  How much water was in that cup?

A.  They give me a -- the same seven-ounce cup. They would give me that -- that water in that seven-ounce cup.

Q.  Were you ever thirsty?

A.  Yeah.  That's why I asked for water.

Q.  Were you ever thirsty after you were given water?

16 (Pages 58 - 61)

Page 62

A. Sometime I wouldn't drink all the water because it's -- it's hot and it tastes like hose. So it ain't -- it ain't quenching my thirst. I just drink it a little bit to keep my -- wet my throat and -- yeah. I didn't like the water because it taste -- it taste like hose, and it was hot.

Q. You said that if you wanted water, you got water. Was water available day and night?

A. Yes, sir.

Q. What water would the crew drink?

A. Water out of a -- a bottle of water. They open a brand new bottle of water.

Q. So they would drink water from a bottle of water.

A. Yeah.

Q. And would you drink water from a cooler?

A. From a cooler.

Q. Did you see anyone from the Coast Guard drink water from the cooler?

A. No.

Q. Did you ever receive bottled water?

A. No, but I seen them give the -- the -- the guy they went to save cases of water and food.

Page 63

Q. The people who weren't shackled with you, did they receive bottled water?

A. No.

Q. How did they receive water?

A. Same; in a cup like me.

Q. So the only person you ever saw to receive bottled water that wasn't with the Coast Guard was the person who got rescued?

A. Yes. And the -- and the -- and the Coast Guard people.

Q. Did you complain to the Coast Guard about the water?

A. Several times.

Q. Describe to me what your complaint was.

A. I said the water ain't cold and ain't taste good.

Q. Did you ever complain that you weren't getting enough water?

A. No. I never said I wasn't getting enough. I never tell them that.

Q. How did the Coast Guard respond to your complaints about the water?

A. They -- they said that's all the water they have, but I see -- I see they drinking bottle water.

Page 64

Q. Did you ever ask for the bottled water?

A. Yes.

Q. What did they say?

A. They said they can't give me -- give me that water.

Q. Did they say why?

A. They didn't say why. I asked for snacks, too, because I see the one guy eating snack, and he said he can't give me that.

Q. The water situation you described to me, was that the same boat to boat?

A. Yes, sir.

Q. Is there anything else you'd like to tell me about the water situation?

A. No, sir.

Q. I want to talk about showering now. Could you describe to me the showering situation on the boats?

A. The same -- the same hose where they fill the water with, that's how they -- they -- they give us a -- a -- a little bar of soap and they spray us -- they spray us down, and then we would shower, and they spray us off, and then they give us a little cloth to wipe the -- not -- like a -- like a big paper-ish

Page 65

kind of towel, they -- and we dry off with that, then.

Q. Describe to me the showering process from start to finish.

A. Okay. They will come and they will say it is shower time. We going to go get the -- the little white jumper thing that they give you. They get that, the soap, and the towel thing, and then they would take us one at a time to the shower.

You ain't going in no bathroom. It's right on the back of the deck of the -- the boat. Yeah. And they -- they -- you take your clothes off, they -- they spray the -- the hose on you. You -- you ask like, Why you have to be the one to spray the hose on me?

And they say that -- that's the procedure. I can't give you the hose in your hand.

Q. So they would then spray the water on you?

A. You shower, and they spray you off. When you say you done, you dry up and pull back on a new -- they give you a new -- the white plas--- paper thing to put on, and you go

17 (Pages 62 - 65)

Page 66

back up and shackled back.

Q.  The white paper thing --

A.  Uh-huh.

Q.  -- they give, did yours ever have holes in it?

A.  Holes?

Yeah.  It -- the crotch would bust like if I stood.  It's too small.  Yeah.

Q.  So --

A.  It come with hole, but it would bust right on me; the guy's too small.

Q.  How often would you receive a shower?

A.  I think like every -- like three days.  Three days.  Maybe three days or so.

Q.  So you'd receive a shower once every three days?

A.  Yeah.

Q.  Did you always receive -- receive a shower every three days?

A.  No.  Some--- sometime it was like three days, and then sometime it would be a day after a day.  Like it don't -- ain't like constant.

Q.  Why was it sometimes more than three days?

A.  I don't know.  It's the way -- when they say shower, we -- we -- we didn't decide when we

Page 67

want to shower.  They decide.

Q.  Did you ever ask them why it would sometimes not be every three days?

A.  No.  I never asked.

Q.  When you were showered, did the Coast Guard always hold the hose?

A.  At the -- at the starting, yeah.  I -- I shower maybe couple times myself.

Q.  So sometimes you held the hose?

A.  I -- I -- I did that myself couple time.

Q.  How many times did you hold the hose?

A.  I ain't sure.

Q.  Was it more than three times?

A.  Maybe.  I ain't sure.

Q.  Was it more than one time?

A.  Yeah.

Q.  Was it more than two?

A.  I ain't sure.

And if -- if, say, we go to use the bathroom, like to -- I ain't want to say "shit," or --

Q.  Describe it however you want to.

A.  Yeah.  They will be standing right there; like we ain't got no privacy.

Q.  So back to the showering --

Page 68

A.  Yeah.

Q.  -- you say most the time the Coast Guard held the hose, sometimes you held the hose.  Was the hose ever above your head?

A.  I think a time when I -- when I hold it, like I -- I put it above my head.  Yeah.

Q.  Was there ever like a rigging or a structure that was holding the hose above your head?

A.  No.

Q.  So every time you were showered, someone was always holding the hose?

A.  Yeah, or me hold the hose.  Yeah.

Q.  How was the water pressure on the hose?

A.  It's normal.

Q.  So on a scale of one to ten, "one" just being a little trickle, "ten" being a firehose, how strong was the water?

A.  Like five.  It was normal.

Q.  What was the temperature of water?

A.  Sometime at -- at the starting, if the sun is a hot, it going real hot until it run off; that what in the hose because the hose is right there on the ground so the heat on it.  So at first the water going to be hot, and then after -- it'll be okay after.

Page 69

Q.  It would cool down?

A.  Yeah.

Q.  Would the hose ever start off too cold and then get hot?

A.  No.  It -- it don't ever get hot.

Q.  So every time you were showered, it would always go hot to cool?

A.  Yeah.

Q.  It never went cool to hot?

A.  No.

Q.  The people who weren't shackled --

A.  Uh-huh.

Q.  -- were they showered the same way you were showered?

A.  Yes, sir.

Q.  About the people who weren't shackled, were they migrants?

A.  Yes, sir.

Q.  So everyone who wasn't shackled was a migrant?

A.  All of us on the boat was migrant when they -- they -- they will -- like if they -- they -- they catch them, now, maybe two or three days after, we would go to the Dominican Republic, drop them off, and come

18 (Pages 66 - 69)

Page 70

back, and then we just be on boat alone. And they -- they catch more again. We went -- we went to the Dominican Republic about 10 to 12 times.

Q. So those people, those migrants who are picked up --

A. Yes.

Q. -- who were not shackled --

A. They wasn't shackled.

Q. -- were they always dropped off in a foreign country?

A. Yes.

Q. Let me rephrase that question.

Were they always dropped off somewhere that was not the United States?

A. Well, some of them went to -- when they -- the small boat take them and went, and I never see them again. So I don't know where they went with them, but I know those with -- I know some we would take to Dominican Republic, and some went -- I ain't know where they went.

Q. I'll come back to the migrants later. I just want to ask you little bit more about the showering.

Page 71

A. Okay.

Q. How long were your showers?

A. How long?

I can't say how long, but until we finish the shower.

Q. So who would end the showers? You, or the Coast Guard?

A. Well, we -- they will spray us, we soap up, when we done soap up, then they spray us off, and then we finish.

Q. Did you ever say to the Coast Guard, Hey, I want more shower time?

A. No, I never said that.

Q. How clean would you get after the showers?

A. How clean?

Well, cleaner than I was before the shower.

Q. Compared to a shower on the BVI --

A. Uh-huh.

Q. -- how clean would you get?

A. You wouldn't get as clean as the shower because you -- you're showering and you -- you really don't -- you want to hold up the guy. You ain't want to be naked in front of everybody. So you try to hurry.

Page 72

Q. When you showered, were you always naked?

A. Well, I would -- me, I ain't taking my -- my -- the -- the boxer brief off because I ain't want -- I ain't want to be naked in front of everybody, but....

Q. So every time you showered, you had your boxer briefs on?

A. Yeah. And then I will -- when it's time to take -- I will take it off, and -- and then put on the thing quick.

Q. So when you showered, you had your boxer briefs on, and then after the shower you would take your boxer briefs off and wring them out, and then put them back on?

A. Yes, sometime. If -- like if sometime -- if I -- I will shower and the -- the guy who is supposed to be there, like he go, I will do that (makes noise) quick, and then....

Q. The person --

THE WITNESS: Sorry. I want to pee.

MR. HALLISEY: Oh. Yeah. If you would like to take a break, we can absolutely take a break.

THE WITNESS: Yeah. I got to pee.

Page 73

MR. HALLISEY: Can we take a break?

MR. SANCHEZ-MACIERA: How long of a break?

MR. HALLISEY: How about we --

THE WITNESS: Just to pee.

MR. HALLISEY: How about we take a 15-minute break?

MR. SANCHEZ-MACIERA: 15 minutes. Perfect.

MR. HALLISEY: Yeah.

THE VIDEOGRAPHER: Now going off the video record approximately 10:34 a.m.

(Whereupon, a brief recess was taken.)

THE VIDEOGRAPHER: We are back on the video record at approximately 10:50 a.m.

BY MR. HALLISEY:

Q. Mr. Nibbs, I'm going to ask you some follow-up questions and then we are going to go back to showering.

A. Okay.

Q. Did you complain to the U.S. Coast Guard that you weren't able to call your family?

A. Yes, sir.

Q. And what did they say?

19 (Pages 70 - 73)

Page 74

A. They can't give me a phone call. They're following procedure.

Q. You mentioned before that you were weighed at a hospital in the British Virgin Islands.

A. Yes, sir.

Q. Why were you in the hospital for?

A. I went to visit someone.

Q. Were you getting medical attention?

A. No, sir.

Q. About food, did the other detainees get the same food as you did?

A. Yes, sir.

Q. So when you got tuna or chicken, they also received tuna and chicken?

A. Yes, sir.

Q. What amount of food did the migrants get?

A. The same food.

Q. So both the same amount of food and the same kind of food?

A. Yes, sir.

Q. When you got the tuna or the chicken, were migrants aboard?

A. Yes, sir.

Q. Did they get any tuna or chicken?

A. Yes, sir.

Page 75

Q. Did migrants ever get any food that wasn't rice and beans? Besides the time when they got tuna and chicken.

A. No, sir.

Q. So let's move back to showering. Was the temperature comfortable?

A. At the start, then -- it would be hot, and then it would get cool.

Q. Was it uncomfortable when it was hot?

A. Yeah. If it's -- if -- if it -- if it's in the day, the sun hot. So it's when -- when you adjust that, it would come out hot, hot, and then it would cool down.

Q. How long was uncomfortable when it was hot?

A. Maybe for about 20 seconds.

Q. Was it -- was the temperature comfortable when it was cool?

A. Yes, sir.

Q. So when the water came out of the hose for about 20 seconds, it was uncomfortable, and then it would become comfortable?

A. Yes, sir.

Q. When you were showering in your boxer briefs, did anyone see you besides the person showering you?

Page 76

A. Yes, sir.

Q. Who?

A. The -- the migrants.

Q. Where were the migrants located in relation to you when you were showering?

A. Right above me.

Q. Did they have to look over the edge to see you?

A. Not all of them. They would just -- where they is, it was -- you can just see me.

Q. Did you ever see any of them looking at you?

A. Sometimes.

Q. When you took off your boxer briefs, did you ever see any migrants looking at you?

A. When I would turn my back to them.

Q. Did you ever see any detainees looking at you while you had your boxer briefs on and showering?

A. What? Say that again?

Q. Did you see any of the people who were shackled -- were they ever looking at you while you had your boxer briefs on and you were showering?

A. When I was shower -- only -- only three of us were shackled. The rest of them wasn't

Page 77

shackled. You say when they were shackled.

Q. When they were shackled.
So the -- the -- the detainees, the people who were shackled.

A. Only three of us were shackled. Everybody else was loose.

Q. Those three people who were shackled, or I guess there's --

A. That's my --

Q. -- two people --

A. -- codefendant, then.

Q. Yes.
Did they ever -- did you ever see them looking at you while you were showering?

A. No, sir.

Q. The showering situation you've described to me, was it the same boat to boat?

A. Yes, sir.

Q. Is there anything else you'd like to tell me about the showering situation?

A. No, sir.

Q. So I want to talk about going to the bathroom. Can you describe that process to me from start to finish?

A. To use the toilet?

20 (Pages 74 - 77)

Page 78

Q.  Yeah.

So would you say, I would like to go to the bathroom?

A.  Yeah.  I would say I need to use the bathroom.

Q.  Then what happened?

A.  Then they would come.  Sometime they come right away, sometime I have to wait because they -- and then when they do come, I go down, they take me.  They stand right there -- while I'm using the toilet, they standing right there.  And they can't -- they can't leave me unattended.  That's what they say.

And, so, I ask, Why you can't leave me unattended?

They say, you know, if you might jump over the -- the -- the -- in the water.  I would tell them I ain't got no reason to jump over in the water.  I ain't -- I ain't gonna ever hurt -- hurt myself, but they would stand there.

Then when -- when I finish, they would hand me the toilet paper, I take off some to use, and then they take me back up

Page 79

and shackled me back.

Q.  So when you were going to the bathroom, you were never shackled?

A.  No.  I -- they -- they unshackled me and they walk me to the -- to the -- to the toilet and I use it, and they take me back, but --

Q.  So --

A.  -- while I'm using it, it would -- they could see me.  They watch -- they had -- they had some minor children there was laughing at me while I'm using it.  And I like -- I just shaking my head and saying in my mind, Look what I got to go through.

If -- if -- if -- if I take my clothes off in front of a child in the world, they would lock me up, but there, they have child watching me with my clothes off and now it's okay.  That what I was saying in my -- in my mind.

Q.  You said that you would ask to go to the bathroom and they would take you, but sometimes you had to wait.  How long would you wait?

A.  Maybe sometime a minute, two minutes.  Yeah.

Q.  So you always went to the bathroom when you

Page 80

asked to go to the bathroom?

A.  Yeah.  When I asked them to use the bathroom, they would take me to the bathroom.

Q.  You mentioned the Coast Guard person who was standing by there.  Were they facing you or turned away from you?

A.  They will be standing like sideways.

Q.  So were they looking at you when you went to the bathroom?

A.  They in a position that they could see me.

Q.  So they were facing towards to see?

A.  Yeah.

Q.  Was that every time you went to the bathroom?

A.  Yes, sir.

Q.  Was there ever any privacy screen?

A.  No, sir.

Q.  So the people who could see you, the migrants you mentioned --

A.  Yeah.

Q.  -- was it always children who could see you, or was there ever adults who could see you?

A.  Adults, too.

Q.  Did you ever see adults looking at you?

A.  Sometimes.

Q.  You mentioned the children.  How often were

Page 81

children on board?

A.  Only -- only once that the children was there, and there were -- they was there for about -- for maybe -- maybe four days.

Q.  How many children were aboard?

A.  Two of them.

Q.  So there was two children on board for four days?

A.  Yeah.

Q.  And there was never any other time there were children aboard?

A.  No, not any young children.

Q.  Did you ever have any trouble defecating or urinating while on the Coast Guard boats?

A.  Sometime I feel like I want to use the bathroom but ain't coming.  I ain't know if it's because I was stressing or what, but sometime I would feel like I want to use it, go there, but nothing.

Q.  So every time you used the bathroom, you were able to defecate and urinate?

A.  No, not every time.  I would urinate, but there are times I couldn't do shit.

Q.  Let me rephrase that.

If you wanted to go to the bathroom

21 (Pages 78 - 81)

Page 82

and urinate --

A. Yeah.

Q. -- you were able to do so?

A. Yeah. I would ask them and they -- they take me.

Q. Let me rephrase that.
Were you -- every time you wanted to go to the bathroom, you asked to go the bathroom --

A. Yeah.

Q. -- were you physically able to urinate if you wanted to urinate?

A. Yes, sir.

Q. Every time you asked to go the bathroom and you went to the bathroom, were you physically able to defecate if you wanted to defecate?

A. Not all -- not all the time.

Q. How often?

A. Most time I -- I will defecate.

Q. And, so, you were physically able to defecate if you wanted to?

A. Most of the time. At the start--- at the starting, I couldn't do it because I wasn't comfortable defecating with someone standing right there watching me. And I never done

Page 83

that before.

Q. So the reason when -- the reason you couldn't defecate when you wanted to defecate was because of embarrassment?

A. Mostly, and stress. Embarrassment and stress.

Q. The bathroom situation, as you've described it to me, was it the same boat to boat?

A. Yes, sir.

Q. Is there anything else you'd like to tell me about the bathroom situation?

A. When you -- when you -- when you want to go to defecate, to sit on the toilet, you would sit, you got to get back up quick because it's scorching hot. It's a metal toilet in the sun. So you sit, you got to sometime get back up, or you -- you spray the hose on it to cool it down because it's a metal toilet out in the sun. It's hot. Scorching hot.

Q. So when it was hot, would you ask the Coast Guard to spray the hose on it to cool it down?

A. Yes, sir.

Q. Did they do so?

A. Yeah.

Page 84

Q. Did they do it every time you asked?

A. Yes, sir.

Q. Is there anything else you'd like to tell me about the bathroom situation?

A. No, sir.

Q. I want to ask you about medicine.

A. Yeah.

Q. Describe the medicine and doctor situation to me.

A. I never had no medicine or never see a doctor on board.

Q. Did you need one?

A. Well, I didn't need one because -- but I saw someone who almost died.

Q. So, for you, did you ever need medicine while you were on the boats?

A. No. I never need no medicine and I never asked for no medicine.

Q. And, for you, did you ever need to see a doctor while on the boats?

A. Well, I -- I had a -- I had a -- a little cold, but like I didn't ask to see no doctor or nothing.

Q. Other than the cold, did you have any physical symptoms?

Page 85

A. No.

Q. The medicine situation, as you described it to me, was it the same -- same boat to boat?

A. Yes, sir.

Q. Is there anything else you'd like to tell me about the medicine situation?

A. No. I didn't -- I never -- I never asked for no medicine. So I have nothing to say on medicine.

Q. I want to talk about your relationship with the Coast Guard. Can you describe how you interacted with them to me?

A. Well, I -- I never really used to interact with them; only if I asked them what time it is. I would ask what time it is. Someone would tell me they can't tell me, or I would say I need to go the bathroom or something. That's the only time I interact with them.

Q. Did some ever tell you the time?

A. Couple, yeah.

Q. Would you say your interactions with the Coast Guard were unfriendly, neutral, or friendly?

A. I would say neutral. I ain't -- I ain't -- I ain't have -- used to being in a conversation

Page 86

with them or nothing; just if -- if I need to use the bathroom or need water; that's it.

Q. How was the Coast Guard's attitude towards you?

A. Say that again?

Q. How was their attitude towards you?

A. Some was okay; some was rough.

Q. Tell me more about the ones that were rough.

A. Like if we -- if -- if I have -- couple of them I asked -- if I asked to go to the -- to the bathroom, when they moving me, they -- they holding my hand up behind, I like, What -- what's the reason for this? Why you got to do me like that? I just going to the bathroom; like that.

Some of them hold me rough. Some wouldn't hold me. Some would just walk side of me. Some would want to hold me. I ain't know the reason why -- why they hold me just to go to the bathroom.

Q. So when they held you to go to the bathroom -- let me rephrase.

They held you to go to the bathroom. Did they hold you to go and shower?

Page 87

A. Yes. Some.

Q. So --

A. Not all of them.

Q. So the Coast Guard would touch you sometimes when they took you to the bathroom and when they took you to shower.

When the Coast Guard restrained you, when they put the shackles on and they took them off, would they touch you?

A. No. When they putting them on, they just holding the shackle.

Q. They wouldn't physically touch you?

A. No.

Q. How about when you slept? Would they physically touch you to wake you up?

A. No.

Q. When the Coast Guard fed you, did they physically touch you?

A. No.

Q. When the Coast Guard gave you water, did they physically touch you?

A. No.

Q. When you were showering, were the Coast Guard physically touching you?

A. No.

Page 88

Q. When you were going to the bathroom, did the Coast Guard physically touch you?

A. When I walk in there to the bathroom?

Q. Let me rephrase.

When you were defecating and urinating, would the Coast Guard --

A. No.

Q. -- physically touch you?

Please let me finish the question.

When you were urinating or defecating, did the Coast Guard physically touch you?

A. No.

Q. Other than holding you tightly when you went to the bathroom or you went to shower, did the Coast Guard treat you roughly in any other way?

A. No.

Q. What was your attitude towards the Coast Guard?

A. I ain't have no attitude against them.

Q. Would you describe it friendly, unfriendly, or neutral?

A. Neutral.

Q. Did your attitude ever worsen the more time

Page 89

you were on the boats?

A. Say that again?

Q. Did your attitude towards the Coast Guard ever get worse the more time you were on the boats?

A. Only -- only if it -- if -- if I asked to use the bathroom and they taking long, I would -- I would be mad, but I ain't telling -- I ain't telling them nothing, but I would be mad.

Q. Why were you not telling them anything?

A. Because that might make it worse.

Q. Did you think that it would get worse?

A. Yeah.

Q. Why did you think that?

A. Because they -- they officers. I -- I just feel like they were -- when they first pick us up, how it was, they was rough on us. So....

Q. So if you -- let me rephrase that.

Did you ever feel that if you complained the Coast Guard would treat you worse?

A. If I complained, they would treat me worse? Not really because I was

23 (Pages 86 - 89)

Page 90

complaining, but -- ain't getting no better, but it didn't get no worse.

Q. Did you ever talk to the migrants?

A. I would say not really because they -- I can't talk Spanish. Most of them was -- was -- was Spanish. Yeah. Few would talk English, I would talk to them, yeah.

Q. What would you guys talk about?

A. Not much; like what the reason you -- you -- you -- you here, or something like that.

Q. Did you ever joke around with United States Coast Guard?

A. Joke around with them?

Q. Yeah. With the people on the boat.

A. No.

Q. Did you ever talk to your fellow detainees?

A. To my --

Q. Did you ever talk to your fellow detainees?

A. That's --

Q. The people who were shackled?

A. -- my codefendant?

Q. Yeah.

A. Yes.

Q. What did you say?

A. All kind of thing we would talk about.

Page 91

THE COURT REPORTER: I'm sorry?

THE WITNESS: All kind of stuff we talk about; ain't nothing serious.

BY MR. HALLISEY:

Q. Describe it to me.

A. Well, I -- I want know like what they going to do with us; where they going to take us; those kind of thing.

Q. So you guys talked about your treatment?

A. Yeah.

Q. Did Mr. Chalwell ever complain about the treatment to the Coast Guard?

A. I think so. Yeah.

Q. Did they say the same things they said to you to Mr. Chalwell?

A. Yes.

Q. The relationship with the Coast Guard you've described to me, was it the same boat to boat?

A. You could say so, yes.

Q. What would you say?

A. I would say could be almost the same. Ain't -- ain't -- every boat they don't hold you when you're going to the -- some of them act different; some will walk you, some hold

Page 92

you. And -- I can't say the same; some do, some don't.

Q. Was the Coast Guard always neutral to you boat to boat?

A. Neutral?

Q. Yeah.

Was their interaction with you always neutral boat to boat?

A. Yeah. We only talk when we -- we -- we -- we have to ask them to use the bathroom or something, or if they -- they -- they telling you you can't sit that way. Sometime we would sit and put your foot through the things to rest your foot because they hole be there. They say you can't do that. You got to put your foot in. That's when they would talk to us; if they telling us what we could do and what we can't do.

Q. Is there anything else you'd like to tell me about your interactions with the United States Coast Guard?

A. No, sir.

Q. Did the Coast Guard ever give you books?

A. If your -- if you ask, I think, but I never asked for no book. I see people with books,

Page 93

but I never ask for books.

Q. Who got books?

A. I think I saw one guy reading a book.

Q. Did Mr. Chalwell ever receive a book?

A. I can't remember. I can't fully remember if he had received a book. I can't fully remember, to be honest.

Q. Did you ever receive playing cards?

A. Dominoes.

Q. Did you get anything else besides Dominoes?

A. That's the only game we used to play; Domino.

Q. How did you pass the time?

A. Sleeping, playing Domino. We had nothing else to do.

Q. Did every boat you were on give you Dominoes?

A. No. We only had Dominoes on one boat.

Q. Did the United States Coast Guard ever hit you?

A. No.

Q. Did you think they would?

A. No.

Q. Did you ever feel you were in immediate danger of suffering serious physical harm because of the Coast Guard?

A. Repeat that question again.

24 (Pages 90 - 93)

Page 94

Q. Did you ever feel that you were in immediate harm -- immediate danger of suffering serious physical harm from the United States Coast Guard?

A. No.

Q. You described to me a cold, a headache, and some bruising around your ankle where you were shackled. Were there any other physical symptoms or complaints that you had on the boats?

A. Only could I see the circular thing from the mat. It was a -- a lot of circles on the mat that was printed on my body when I get up. That was the only physical I see.

Q. Did they hurt?

A. Yes.

Q. On a scale of "one," you barely feel it, and "ten" being it hurt so bad you'd rather be dead, how bad did those hurt?

A. About four.

Q. Mr. Nibbs, do you understand that your complaint is public?

A. My complaint is public?

Q. (Nods head up and down.)

A. What do you mean? Wait a minute.

Page 95

Q. Mr. Nibbs, do you remember filing a complaint with the court that started this case?

A. Yes.

Q. Do you understand that anyone could look up that complaint and see what's in it?

A. Yes.

Q. How do you feel about that?

A. I feel good. I want them to know what they -- they was doing me.

Q. So you want the public to see what's in your complaint?

A. Yes.

Q. Do you understand that if you give testimony in court in this case that anyone from the public could go -- walk in and see you give testimony?

A. Say that again?

Q. Do you understand that if you give testimony in this case in court, anyone could walk in that court and see you give testimony?

A. Yes.

Q. How do you feel about that?

A. Good.

Q. Would you want people in the public to know what happened to you?

Page 96

A. Yes.

Q. Would you want people in the public to know that the Coast Guard hurt you physically?

A. Yes.

Q. Would you want people in the public to know that the Coast Guard hurt you mentally?

A. Yes.

Q. I want to talk to you about the mental injuries. What was your mental state going into the voyage the Coast Guard picked you up on?

A. It was stressful. I got -- used to have nightmares about it.

Q. Let me rephrase that.
So when you stepped from the BVI --

A. Mm-hmm.

Q. -- onto the boat that the Coast Guard later pick you up on, what was your mental state generally?

A. Can't -- I wasn't in no state.

Q. So you have no complaints about your mental state when you started the voyage?

A. No.

Q. Have you ever been diagnosed with any mental illness before the voyage?

Page 97

A. No.

Q. Have you felt that you should have been diagnosed with a mental illness before the voyage?

A. No.

Q. Before the voyage, were you ever depressed?

A. No.

Q. Before the voyage, did you ever suffer from anxiety?

A. No.

Q. Did you ever suffer from lowered self-esteem?

A. No.

Q. Did you ever have suicidal thoughts?

A. No.

Q. During your time with the United States Coast Guard, did you ever feel lowered self-esteem?

A. Yes, sir.

Q. Describe that to me.

A. I feel bad and stressed out and thinking about my family.

Q. Did you feel anything else?

A. Feel worried; that's all.

Q. When did you start feeling this lowered self-esteem while on the boats?

25 (Pages 94 - 97)

Page 98

A.  When I keep asking for a call to call my family to let them know I'm okay, and they ain't giving me no call.

Q.  So the reason you felt lowered self-esteem was because you weren't receiving a call to your family?

A.  Nobody know if I'm alive or -- or what.

Q.  How often would you feel lowered self-esteem?

A.  Like every time I -- I sit and just think about everything going on, I feel bad that way.

Q.  Were you ever anxious while you were on the boats?

A.  Anxious?

Q.  (Nods head up and down.)

A.  No.

Q.  Were you ever depressed while you were on the boats?

A.  Sometimes.

Q.  Can you tell me about that?

A.  Sometime I feel like what -- why I got to go through this.

Q.  How often would you feel that?

A.  Every now and again I would think I'm -- what I'm going through; shackled and -- yeah.

Page 99

Q.  On a scale of one to ten with "one" feeling just mildly sad and "ten" feeling so depressed you could barely -- you can't even function, how severe would you describe the depression that you felt?

A.  Six.

Q.  Did you feel that every day?

A.  Not every day.

Q.  When did this -- when did you start feeling this depression?

A.  After like the -- the third day.

THE COURT REPORTER:  The what?

THE WITNESS:  The third day -- after like the third day.

BY MR. HALLISEY:

Q.  Why do you think you started feeling this depression?

A.  Because they got me out on a boat.  I'm sleeping all the day; hoping they will take me to land.  It's -- it's -- it's weird sleeping on a -- a boat, getting wet, you -- sun burning you.  You want to go to land.  You want -- you go -- sometimes see land and can't go to it.

Q.  Did you ever feel suicidal when you were on

Page 100

the boats?

A.  No.  I never think of killing myself.

Q.  So you said you felt lowered self-esteem and depressed.  Did you ever tell the crew you felt that way?

A.  Tell the crew?

Q.  The people -- the Coast Guard people.

A.  No.

Q.  Why not?

A.  I ain't -- I don't really talk to the Coast Guard.

Q.  Did you ever tell your codefendants, your fellow detainees, that you felt lowered self-esteem or you felt depressed?

A.  No.  I ain't tell them.

Q.  Did you feel like you could?

A.  Say that again?

Q.  Do you feel that you could have?

A.  If I -- I feel -- if I feel like I should have tell them?

Q.  Did you feel you could have told them?

A.  Yeah.

Q.  So why didn't you tell them?

A.  Because I didn't -- I didn't want them to feel depressed, too.

Page 101

Q.  Did they ever tell you that they felt depressed?

A.  No.

Q.  Could they have told you?

A.  Maybe.  I don't know how -- they feelings.

Q.  Would you have felt -- would you have been sympathetic to them if they had told you?

A.  Yes.

Q.  Did you ever talk about your -- that you felt depressed or you had lowered self-esteem, did you tell that to any migrants?

A.  No.

Q.  After you were dropped off in Puerto Rico, did you, at any point, stop feeling depressed?

A.  Yeah.

Q.  How long did that take?

A.  The same day I feel -- I feel better when I -- to sleep on a bed.

Q.  When you were dropped off in Puerto Rico, did you continue to feel a lowered sense of self-esteem?

A.  No.  I talked to my family; was sleeping on a bed; using a bathroom without anybody having to go with me.

Page 102

Q. So your mental state stopped being a problem once you got dropped off?

A. I wouldn't say stopped being a problem because I'm in jail still. I want to get out. So ain't -- ain't -- it ain't stopped, but it cooled down a little bit.

Q. Have you continued to feel lowered self-esteem because of the way the Coast Guard has treated you -- treated you?

A. Sometime when I think back -- back on it. It made me feel depressed when I think back like -- like just now when I was there, when I went to use the bathroom, I just tell the guy, You make me remember about the Coast Guard, because he had to be there in the bathroom with me; that -- I just tell him that.

Q. Using that scale I talked about before from one to ten, in feeling depressed, when you think back on it --

A. Uh-huh.

Q. -- how bad is the depression?

A. Five.

Q. Does that prevent -- depression prevent you from doing anything?

Page 103

A. Sometime. When I feel that way, I just want to go sleep; just relax.

Q. Can you still go back to your day when you --

A. Yeah.

Q. -- feel --

So that depression doesn't prevent you from doing anything you feel like you need to do?

A. Sometimes I just -- I don't want to do nothing. I just want to go to my bed and lie when I think back on what I went through.

Like -- like just now when I -- when I asked you to use the bathroom, when I went and the CO had to come in the bathroom with me, I said -- I asked him, You have to come?

He said yeah.

I said, Man, you -- you make me feel like I'm back on the boat again.

That -- that CO there just now.

Q. Thinking back on your time with the Coast Guard, does it give you any anxiety?

A. It -- sometime it -- I don't stress about -- about it, but when I think about on it, I -- sometime I dream about it. It give me

Page 104

nightmares sometimes.

Q. Are those nightmares --

How often are those nightmares?

A. I mean, now and again. I just think on it.

Q. Do they come once a month?

A. About that.

Q. So they come once a month?

A. Yeah. Maybe -- you know, ain't every month, but it come every now and again.

Q. So one time per month, about?

A. About, yeah.

Q. When you think back on your time with the United States Coast Guard, did you ever feel suicidal?

A. No.

Q. This continued feeling of lowered self-esteem, anxiety, depression, when you think back on your time with the United States Coast Guard, have you ever told any inmates about that mental stress?

A. Yeah.

Q. What did you say to them?

A. I just -- I say, Boy, that Coast Guard did me some really bad things out there; had me sleeping on the ground. I -- I explained

Page 105

them what I went through on the boat.

Q. Have you ever communicated that mental state we've talked about to any doctors in prison?

A. I think -- I think -- I think one -- one of them.

Q. What was that doctor's name?

A. I can't remember. I don't know -- I don't know none of them name.

Q. About what time did you see that doctor?

A. I can't remember.

Q. Was it winter, summer, spring, or fall?

A. I can't remember.

Q. Was that doctor at FCI Sandstone?

A. No.

Q. So the doctor you talked to your -- about your mental state to, they were at Puerto Rico?

A. No. I -- I ain't went to the doctor for it. I was there on a -- I just -- I tell him about -- like sometime I be stressed out thinking about -- about thing. I -- I didn't went to the doctor for it.

Q. So you told a person this?

A. Yeah.

Q. Did they ask about your mental state, this

27 (Pages 102 - 105)

Page 106

person you told about?

A. No. They asked me I got any mental issues and I said no.

Q. So in your time in prison, you've had doctors ask you about your mental state?

A. Yeah. All the time.

Q. All the time?

A. Yeah. They -- they ask me if I'm -- if I'm mentally ill, or if I using any -- anything like that.

Q. So when they asked about your mental state, other than the one time you said you felt stressed --

A. Yeah.

Q. -- how do you respond?

A. Sometime I'm stressed, sometime I'm cool.

Q. Do you tell them that?

A. Yeah. And -- and I -- sometime my -- my pressure used to be high. So I -- I tell them, I never had pressure problem because -- it's because I am stressing now and again why it's high; that's when I tell them.

Q. Are you talking about your blood pressure?

A. Yeah.

Q. Did you ever have high blood pressure in the

Page 107

British Virgin Islands?

A. Never.

Q. How many times have you told a doctor about your high blood pressure?

A. When they -- when they take it and they say it's high, I will tell them it's high because I'm -- I'm stressing a little bit.

Q. That stress, does it come from your -- the treatment by the Coast Guard, or does it come from being a prisoner?

A. Thinking back on the Coast Guard most the time.

Q. Does it ever come from being a prisoner?

A. No. I ain't -- I ain't worried about being in prison. I just think back on that 36 days. It never leave my mind.

Q. Are you receiving any medication for high blood pressure?

A. No.

Q. Have you ever spoken to a psychologist while in prison?

A. No.

Q. Have you ever spoken to a psychiatrist while in prison?

A. No.

Page 108

Q. Do you tell the doctors you see about any physical injuries you have?

A. No.

Q. Have you ever been prescribed anything in prison for the stress you have felt that you told the doctors about?

A. No.

Q. When you told the doctors you were stressed, how did they respond?

A. They ain't respond no way; just when they -- when they take my pressure and they tell me it's still high, I say, I know it's high because I'm stressing a little bit.

And they would tell me they going to check it in a few more days, or a week or something.

Q. Have you ever told any of the doctors that you're mentally ill?

A. No.

MR. HALLISEY: I'd like to take a break right now, if we could, just for five minutes.

MR. SANCHEZ-MACIERA: You want to take --

I'm sorry?

Page 109

MR. HALLISEY: Mr. Sanchez, are you good with a five-minute break?

MR. SANCHEZ-MACIERA: Yeah. I'm good.

MR. HALLISEY: Great.

THE VIDEOGRAPHER: We are going off the video record approximately 11:36 a.m.

(Whereupon, a brief recess was taken.)

THE VIDEOGRAPHER: We are back on the video record at approximately 11:43 a.m.

BY MR. HALLISEY:

Q. Mr. Nibbs, you were talking about your blood pressure earlier. What was the blood pressure that you say was a little high?

A. I can't remember how much it was, but the -- they -- they said it was high. I can't remember the exact number how much it was.

Q. Did they tell you a number?

A. I -- I think so, yeah, but I -- I -- I can't remember the exact number.

Q. Do you know your blood pressure now?

A. Yeah. It's normal.

Q. Do you know a number?

A. Right now?

28 (Pages 106 - 109)

Page 110

Last time I checked it, it was 1--- 126 or 128; one of them.

Q. So before I said I'd come back to the migrants. So I want to do that right now.
How many days were migrants on board the boats you were on?

A. Sometime one day, sometimes three, sometimes four; ain't -- ain't for long.

Q. On any given day while you were on board the boats, were there migrants aboard?
Let me rephrase the question.
Was there a migrant on board the boat every day you were on the boats?

A. No.

Q. So there was some days where no migrants were aboard?

A. Yeah. Some day only the three of us.

Q. How often would it only be the three of you?

A. When -- when they have to go to catch anybody, or they didn't catch nobody. Once they catch people, they would be on the boat with us; if they ain't catch nobody or they don't take them back, we be alone.

Q. What happened more? It was just the three of you, or there were migrants?

Page 111

A. Most times there would be migrants, too.

Q. Those migrants, how long would they stay aboard?

A. It depends. Sometime one day, two day, three, four, but they don't be there long.

Q. Would it ever go over five days?

A. It would only -- how it be over five days, say we just dropped some people off, like in three days' time, and maybe coming back they get a next call and have to go and they caught more people. They would be back on -- the next set would be on there. So if you want to count down from that set was there or this set, it would be over five.

Q. And did that ever go longer than a week?

A. No.

Q. How often was the Coast Guard boat you were on doing operations?

A. Regular.

Q. What do you mean by "regular"?

A. A lot. We went -- we went -- we went to -- to Dominican Republic at least 10 to 12 times.

Q. So every day you were on board, the boat was doing operations?

Page 112

A. No, not every day. Sometime they would have training. They do training and stuff. Every day they -- they going to catch people.

Q. So every day the Coast Guard was going to catch people?

A. No. It ain't every day they catch people.

Q. Let me rephrase.
Every day -- was that -- was every day the Coast Guard people on board doing something, whether that be training or going catching people?

A. Ain't every day they are training, ain't every day they catch people.

Q. Those two together, was that every day?

A. No.

Q. So what else were they doing?

A. They clean the boat. They have those who clean. They patrol. When -- when -- when it's time to go -- go to do work, like to catch people, they get prepare, head off to their work. Otherwise, they day is normal.

Q. So I want to go back to the migrants. What was the most amount of migrants that you saw on board?

A. 80 to 90 people.

Page 113

Q. How do you know that?

A. We see -- we -- we see them. We see them coming on.

Q. Did you count them?

A. Sometimes.

Q. Did you count 80 or 90 one time?

A. Yes.

Q. Did you count 80 or 90?

A. Say that again?

Q. Did you count 80 or 90?

A. I don't remember exactly, but I know it was between 80 to 90.

Q. What was the least amount of migrants on board?

A. Three. Us three. Well, at least -- at one time, I think it had -- about four or five, at least.

Q. Did you count them?

A. Yes.

Q. What were the average amount of migrants on board?

A. The average amount?

Q. (Nods head up and down.)

A. Every couple -- maybe about 15 or so. Average.

29 (Pages 110 - 113)

Page 114

Q. 15?

A. Yeah. We had -- we had -- one time we had over about 80 to 90. Ain't all the time it was -- it was full.

Q. So the average is about 15?

A. No. About 15 to 20, the average.

Q. So the average was about 15 to 20?

A. Yeah, other than we.

Q. Where were the migrants located?

A. In the same spot we was; some on the right, some on the left.

Q. Did they ever separate the detainees from the migrants?

A. The detainees is we?

Q. Yeah.

A. Yeah. We had -- one time they put us to the front of the -- the boat to do the -- the -- they was processing them, and they take us to the front of the boat.

Q. Any other times they separated you guys?

A. Next time in a -- in a -- a -- a rainstorm, we was downstairs and they were upstairs.

Q. Did the Coast Guard give you a reason why you went downstairs?

A. No.

Page 115

Q. Did you ask for a reason?

A. No.

Q. How far away were the migrants from you usually?

A. Right next to me. Sometime they -- they -- they walking on us.

Q. Tell me more about -- what do you mean by "walking on us"?

A. Stepping on us. We have to, Hey, watch it. What -- what you doing? Like that close that you try to lie down, ain't have enough space. You got to try to force them off you to get a little space.

Q. Did a migrant ever step on your body?

A. On my foot.

Q. Any other part of your body?

A. No.

Q. Did you -- did you have any fights with migrants?

A. No. I ain't had no fight with migrant.

Q. Did you have any arguments with any migrant?

A. I wouldn't call it an argument. I just telling them to watch what they doing. They stepping on me. I -- I wouldn't call that an argument.

Page 116

Q. What would they do when you said that?

A. They would move a little bit or -- you know.

Q. Did the migrants go through the same bathroom process you guys went through?

A. Yes.

Q. Other than the migrants were not shackled?

A. Yeah.

Q. They used the same toilet you guys use?

A. Same toilet.

Q. Were the migrants showered?

A. Yes.

Q. Same process as you?

A. Same process.

Q. So when you went to the bathroom, how far away were you from the migrants?

A. They was upstairs and we downstairs. The bathroom is downstairs and the migrants upstairs.

Q. About how far away would you say that is?

A. Ain't that far. Boat only so big.

Q. Could you try to put a number on it? Meters, feet, anything that works for you.

A. Maybe -- maybe 20 feet.

Q. Was the migrant situation, as you described it to me, the same boat to boat, other than

Page 117

the number of migrants there?

A. Yes.

Q. Is there anything else you'd like to tell me about the migrants?

A. No.

Q. Anything else you'd like to tell me about the migrant situation?

A. No.

Q. Moving on from the migrants. Mr. Nibbs, have you ever been convicted of a crime other than the crime that you're in jail for right now?

A. Yes.

Q. When was that?

A. I ain't know the exact date.

Q. Was it before 2020?

A. Yes.

Q. Was it before 2015?

A. 2015?
        No.

Q. So you were convicted of a crime sometime between 2015 and 2020?

A. Yes.

Q. Was it 2016?

A. I can't remember the exact -- exact year, but I know it was between '15 and '20.

Page 118

Q. What were you convicted of?
A. Money.
Q. Say that again?
A. I was convicted of money.
Q. Tell me more about that.
A. I was convicted for -- for a bag of money.
Q. Please tell me more.
A. More like what? You asked me what was I convicted for. I say I was convicted for a bag of money.
Q. What did the court call the crime you were convicted of?
A. I think it was money laundering. I ain't -- I ain't sure. I can't remember.
Q. Can you describe the circumstances of your arrest for that bag of money conviction?
A. Like what -- like what you mean?
Q. How were you arrested for that conviction?
A. How was I arrested?
       In a boat.
Q. Did you plead guilty to that conviction?
A. No.
Q. Were you convicted by a jury or a judge?
A. A judge.
Q. There was no jury?

Page 119

A. No.
Q. Did you serve time in a prison or a jail for that conviction?
A. I -- I did like close to a month. I just had to pay a fine. I just was like remanded for -- for about 25 to 26 days; that's all.
Q. So you went to jail for 25 or 26 days?
A. Yeah.
Q. You said you paid a fine?
A. Yeah.
Q. How much was that fine?
A. 50,000.
Q. Where were you convicted of this crime?
A. British Virgin Islands, Tortola.
Q. Have you been convicted of any other crimes besides the one you've described to me right now?
A. Only traffic offense.
Q. Tell me about that.
A. Like driving without a license, or --
Q. How many times were you convicted of driving without a license?
A. I can't remember how much time.
Q. More than once?
A. Yeah.

Page 120

Q. More than five times?
A. No.
Q. So somewhere between one and five?
A. Yeah.
Q. But you can't remember how many times between one and five?
A. No. I can't exactly -- remember exactly-exactly how much.
Q. Can you give a closer range between one and five?
A. Maybe three. Ain't -- ain't -- ain't for sure. I....
Q. So you think about three times?
A. Yeah.
Q. Are there any other traffic convictions you've received besides driving without a license?
A. Driving without a vehicle license.
Q. Is that different from driving without a license?
A. Yeah.
Q. How so?
A. How?
Q. How so?
A. A license is my -- my license up, and I'm

Page 121

driving, or if a vehicle ain't licensed and insured.
Q. So the other traffic conviction you received was driving without insurance?
A. Driving without license -- a vehicle license.
Q. Is that the --
A. The vehicle was insured.
Q. For the convictions for driving without a license, did you receive any fines for those convictions?
A. $100.
Q. Each time?
A. Yeah.
Q. Did you spend any time in jail for those convictions?
A. No.
Q. For the driving without the vehicle license, did you have any fines for that?
A. No. That was a commercial. It was a company. So I ain't -- I ain't get no -- nothing for that.
Q. So you were never fined for those?
A. No.
Q. Did you spend any time in jail for those?
A. No.

31 (Pages 118 - 121)

Page 122

Q.  Besides the money laundering conviction and the traffic convictions you've described to me, have you been convicted of any other crime?
A.  Yeah, I think so.  One -- one more.
Q.  What was that?
A.  A -- a boat trailer.
Q.  A what?
A.  A trailer for a boat.
Q.  What did the court call the crime you were convicted of?
A.  Stealing.
Q.  Did you receive a fine for that?
A.  No.
Q.  Did you receive jail time for that?
A.  No.
Q.  When were you convicted of that?
A.  It was a long time.  I can't remember.
Q.  Before 2010?
A.  Yeah.
Q.  Before 2005?
A.  I don't think so.
Q.  So sometime between 2005 and 2010?
A.  Yeah.
Q.  The driving without a license convictions,

Page 123

were those before 2010?
A.  Yeah.
Q.  Have you ever been convicted of driving without a license after 2010?
A.  I don't think so, no.
Q.  For the driving without the commercial license that you mentioned, was that before 2020?
A.  Yes.
Q.  Before 2015?
A.  I think so, yeah.
Q.  Before 2010?
A.  I ain't sure if it was before.  I ain't sure.
Q.  Was it before 2005?
A.  It was -- it was after.
Q.  So sometime between 2005 and 2015?
A.  Yeah.
Q.  Have you ever been convicted of a violent crime, Mr. Nibbs?
A.  I -- I ain't do no -- no time in prison, but I think I was convicted once for a fight.
Q.  When was that?
A.  A long time.  I can't remember.
Q.  Before 2010?
A.  I can't remember.

Page 124

Q.  Before 2020?
A.  Yeah.  Before.
Q.  Before 2015?
A.  I can't remember, but I know for sure before 2020.
Q.  So did you receive a fine for that conviction for a fight?
A.  No.  I win -- I win that because I was in the right.
Q.  So you were not convicted as guilty for that fight?
A.  No.
Q.  Were you convicted as guilty for the money laundering conviction?
A.  Yes.
Q.  How about the driving without a license convictions?
A.  I just had to pay a fine.  There wasn't no guilty or not guilty.
Q.  How about the driving without a license for the commercial vehicle?
A.  I didn't have to do nothing.  It wasn't my vehicle.  It was a company.  So I had -- that one, like nothing happened.  Nothing come out of that.

Page 125

Q.  How about the stealing convictions?
A.  Nothing come out of it because the -- the -- the person who we take it for, he just said if we -- we replace everything, everything was finished.  And we did replace everything.
Q.  So the court never said you were guilty of that crime?
A.  No.
Q.  Other than the convictions you've described to me, have you been convicted of any other crime other than the one you're in prison for now?
A.  Only them.  The money thing I was in prison for that, the 25 to -- but I -- but I paid a fine.
Q.  So let me rephrase.
    So other than the crime you're currently in prison for now --
A.  Yeah.
Q.  -- the money laundering, the stealing, the driving without a license, driving without a commercial license, and the fight, have you ever been convicted of any other crime?
A.  No.
Q.  Have you ever been arrested for any other

32 (Pages 122 - 125)

Page 126

crime other than the crimes I just described?

A.  If I ever been arrested?

Q.  Yes.

A.  Yeah.

Q.  So you -- what time were you arrested other than for the crimes I've described?

A.  What time?

Q.  Let me rephrase this.

Were you arrested for the money laundering conviction?

A.  Yes.

Q.  Were you arrested for the stealing convictions?

A.  Yes.

Q.  Were you arrested for the fight conviction?

A.  Yes.

Q.  Were you arrested for driving without a license?

A.  No.

Q.  Were you arrested for driving without a commercial license?

A.  No.

Q.  Has there any -- has there been any other time you've been arrested?

A.  Yeah; for -- for questioning.

Page 127

THE COURT REPORTER:  For what?

THE WITNESS:  For questioning.

BY MR. HALLISEY:

Q.  Did that arrest lead to a conviction for anything?

A.  No.

Q.  Did all those convictions happen in the BVI?

A.  Yes.

Q.  Did all those arrests happen in the BVI?

A.  Yes.

Q.  Have you ever been convicted of a crime outside the British Virgin Islands, other than the one you're currently in prison for?

A.  No.

Q.  Have you ever been arrested outside the British Virgin Islands other than the time you've been arrested for the crime you're currently in prison for?

A.  No.

MR. HALLISEY:  Mr. Sanchez, I have no further questions.

MR. SANCHEZ-MACIERA:  Me neither.

MR. HALLISEY:  We can end the deposition there.

MR. PATTON:  Do you want to read

Page 128

and sign, Mr. Sanchez?

MR. SANCHEZ-MACIERA:  I'm sorry. Say again?

MR. PATTON:  Do you want to read and sign?

MR. SANCHEZ-MACEIRA:  Yes, please.

THE VIDEOGRAPHER:  We're going off the video record at approximately 12:07 p.m.

This concludes today's testimony given by Jerome Nibbs.  Total number of media units was one, and will be retained by Veritext.

(Off video record.)

THE COURT REPORTER:  Are you ordering the transcript?

MR. HALLISEY:  Yes.

THE COURT REPORTER:  Mr. Sanchez, do you want a copy of the transcript?

MR. SANCHEZ-MACEIRA:  Yes, please. And the video, also.

(Whereupon, the deposition of JEROME NIBBS was concluded at 12:09 p.m.)

* * *

Page 129

REPORTER'S CERTIFICATE

BE IT KNOWN that I, Laurie Austin, took the foregoing deposition of JEROME NIBBS;

That the witness, before testifying, was first duly sworn to testify the whole truth and nothing but the truth relative to said cause;

That the testimony of said witness was recorded in shorthand by me and was reduced to typewriting under my direction;

That the foregoing deposition is a true record of the testimony given by said witness;

That the reading and signing of the foregoing deposition by the said witness was not waived by the witness and respective counsel;

That I am not related to any of the parties hereto, nor an employee of them, nor interested in the outcome of the action;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

WITNESS my hand and seal this 9th day of September, 2025.

_____

LAURIE AUSTIN
Registered Professional Reporter

33 (Pages 126 - 129)

Page 130

Raymond L. Sanchez-Maceira, Esq.

Sanchezlaw264@gmail.com

September 10, 2025

RE: Jerome Nibbs, Akinde Thomas Chalwell v. United States Of America

8/28/2025, Jerome Nibbs (#7487354)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney.

Copies should be sent to all counsel, and to Erratas-CS@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Page 131

Jerome Nibbs, Akinde Thomas Chalwell v. United States Of America

Jerome Nibbs (#7487354)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____

REASON_____

_____  _____

Jerome Nibbs                Date

Page 132

Jerome Nibbs, Akinde Thomas Chalwell v. United States Of America

Jerome Nibbs (#7487354)

ACKNOWLEDGEMENT OF DEPONENT

I, Jerome Nibbs, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____

Jerome Nibbs                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

34 (Pages 130 - 132)

R E P O R T E R ' S   C E R T I F I C A T E

BE IT KNOWN that I, Laurie Austin, took the foregoing deposition of JEROME NIBBS;

That the witness, before testifying, was first duly sworn to testify the whole truth and nothing but the truth relative to said cause;

That the testimony of said witness was recorded in shorthand by me and was reduced to typewriting under my direction;

That the foregoing deposition is a true record of the testimony given by said witness;

That the reading and signing of the foregoing deposition by the said witness was not waived by the witness and respective counsel;

That I am not related to any of the parties hereto, nor an employee of them, nor interested in the outcome of the action;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

WITNESS my hand and seal this 9th day of September, 2025.

LAURIE M. AUSTIN
Notary Public
Minnesota
My Commission Expires
January 31, 2030

LAURIE AUSTIN
Registered Professional Reporter

**0**

00919   2:4
01290   3:20
01344   1:6

**1**

1   110:1
10   70:4 111:22
   130:3
100   121:11
1000   10:12
10:34   73:12
10:50   73:16
11   9:20 10:5
11:36   109:7
11:43   109:11
12   9:20 10:5
   70:4 111:22
126   110:2
128   110:2
12:07   128:8
12:09   128:22
14271   2:9
15   73:7,8
   113:24 114:1,5
   114:6,7 117:25
191972   2:4

**2**

20   16:23 75:15
   75:20 114:6,7
   116:23 117:25
   132:15
20044-4271
   2:10
2005   122:21,23
   123:14,16

2010   122:19,23
   123:1,4,12,24
2015   117:17,18
   117:21 123:10
   123:16 124:3
2016   117:23
2020   117:15,21
   123:8 124:1,5
2025   1:21 3:6
   129:18 130:3
25   119:6,7
   125:14
26   119:6,7
26th   6:12
270   53:14,16
28   1:21
280   56:21
28th   3:6 11:3,4
292   56:5

**3**

3   16:24
30   130:16
36   12:2 57:5
   107:16
37   18:16,23
   52:11
3:24   1:5,6 3:20

**4**

47   8:12

**5**

5   2:18
50,000   119:12

**7**

7487354   130:5
   131:2 132:2

**8**

8/28/2025
   130:5
80   16:23
   112:25 113:6,8
   113:10,12
   114:3

**9**

90   112:25
   113:6,8,10,12
   114:3
9:10   1:20
9:11   3:6 4:22
9th   129:18

**a**

a.m.   1:20 3:6
   4:22 73:12,16
   109:7,11
able   6:21 57:13
   57:16 73:23
   81:21 82:3,11
   82:16,20
aboard   74:22
   81:5,11 110:10
   110:16 111:3
above   28:15,24
   29:14,18,23
   30:16,21 42:9
   68:4,6,8 76:6
   130:6 132:7
absolutely
   72:23
accuracy   130:9
acknowledge
   46:18

acknowledge...
   132:3
acknowledg...
   130:12
act   91:25
action   4:3
   129:14
additions   132:6
address   10:17
adjust   75:12
administer   4:2
administered
   7:25
adults   80:21,22
   80:23
afraid   37:12,24
afternoon   35:3
   42:4
ago   56:11,19
agree   3:12
ahead   29:9
ain't   14:14
   20:13 22:19
   23:13,14,14
   24:23 25:17
   26:3,25 27:9
   27:10 32:5
   33:16 36:25,25
   37:1,15,16,16
   37:21 38:14,15
   39:7,9,25 41:5
   42:3,5 43:4
   44:15,15,23
   47:20 50:8
   51:13 53:24,24
   53:24,25 54:14
   54:16,17,25
   56:8 57:9 58:5

58:5 59:6
60:18 62:3,3
63:15,15 65:11
66:22 67:12,14
67:18,20,24
70:21 71:24
72:2,4,4 78:19
78:20,20 81:16
81:16 85:24,24
85:25 86:18
88:21 89:8,9
90:1 91:3,23
91:23 98:3
100:10,15
102:5,5,5
104:8 105:18
107:14,14
108:10 110:8,8
110:22 112:6
112:12,12
114:3 115:11
115:20 116:20
117:14 118:13
118:14 120:11
120:11,11
121:1,20,20
123:13,13,20
**akinde**  1:4 3:17
  130:4 131:1
  132:1
**alive**  98:7
**allotted**  130:19
**america**  1:9
  3:18 130:4
  131:1 132:1
**amount**  74:16
  74:18 112:23
  113:13,20,22

**ankle**  13:12,13
  94:7
**answer**  5:18
  6:1,7,21 10:21
**answers**  5:18
**anxiety**  97:9
  103:22 104:17
**anxious**  98:12
  98:14
**anybody**
  101:24 110:20
**appearance**  4:7
**appearances**
  2:1 4:9
**appearing**  2:13
**appended**
  132:7
**applicable**
  130:8
**approximately**
  1:20 3:5 73:12
  73:16 109:7,11
  128:8
**argument**
  115:22,25
**arguments**
  115:21
**arrest**  52:13
  118:16 127:4
**arrested**
  118:18,19
  125:25 126:2,5
  126:9,12,15,17
  126:20,24
  127:15,17
**arrests**  127:9
**asked**  7:9 8:2
  14:8 19:2

21:15,17 25:7
25:20,20,21
34:22 41:16
46:22 61:10,12
61:23 64:7
67:4 80:1,2
82:8,14 84:1
84:18 85:7,14
86:10,10 89:6
92:25 103:13
103:15 106:2
106:11 118:8
**asking**  98:1
**assistant**  10:1
**ate**  50:24
**attached**
  130:11
**attack**  38:18,19
  38:21
**attend**  8:13
**attention**  74:8
**attitude**  86:3,6
  88:19,21,25
  89:3
**attorney**  4:10
  7:5,8 130:13
**attorneys**  2:3,9
**audio**  3:10
**august**  1:21 3:6
  6:12
**austin**  1:17 4:1
  129:2,21
**authorization**
  2:24
**authorized**  4:2
**available**  62:9
  130:6

**average**  23:10
  39:10 113:20
  113:22,25
  114:5,6,7
**awning**  42:9

**b**

**back**  12:11,15
  13:6 15:5,21
  16:4 19:3,4
  21:18 24:20
  31:17 37:13
  39:2 50:12
  52:18 55:21,24
  55:25 57:19
  65:12,23 66:1
  66:1 67:25
  70:1,23 72:14
  73:15,20 75:5
  76:15 78:25
  79:1,6 83:14
  83:17 102:10
  102:10,11,20
  103:3,11,19,21
  104:12,18
  107:11,15
  109:10 110:3
  110:23 111:9
  111:11 112:22
**background**
  8:5
**bad**  32:20,21
  32:25 33:2,5
  35:18 94:18,19
  97:20 98:10
  102:22 104:24
**bag**  118:6,10
  118:16

**[bar - british]**

**bar**  64:21
**barely**  33:7
  94:17 99:3
**bathe**  59:25
**bathroom**  12:3
  12:4 34:6 57:8
  57:9 65:11
  67:20 77:23
  78:3,5 79:2,21
  79:25 80:1,2,3
  80:9,13 81:16
  81:20,25 82:8
  82:9,14,15
  83:7,11 84:4
  85:17 86:2,11
  86:15,20,22,24
  87:5 88:1,3,15
  89:7 92:10
  101:24 102:13
  102:16 103:13
  103:14 116:3
  116:14,17
**beaming**  30:23
  31:4
**beans**  12:17
  44:2,3,5,6,10
  44:13 45:1,9
  45:16,19,22,24
  46:4,6,21,25
  46:25 47:1,4
  47:20 48:10,17
  48:22,25 49:7
  49:12,15,17
  50:19,23 51:4
  51:7 53:1 58:9
  75:2
**bed**  51:11
  101:19,24

  103:10
**beginning**  4:10
**behalf**  4:16
**belle**  10:15,15
  10:16
**better**  90:1
  101:18
**beyond**  8:19
**big**  35:19 39:24
  39:25 40:3,3
  45:6 46:7
  55:10 64:25
  116:20
**bigger**  21:14
  21:15
**biggest**  21:16
**bit**  9:4 14:9,13
  20:20 43:18
  45:20 48:8
  49:2,4,8 62:4
  70:24 102:6
  107:7 108:13
  116:2
**bits**  45:21
**black**  18:7 19:7
**blanket**  19:22
  22:16,17,23
  23:8 31:14
**blood**  106:23
  106:25 107:4
  107:18 109:13
  109:14,22
**blue**  28:9,16,16
**board**  81:1,7
  84:11 110:6,9
  110:12 111:24
  112:9,24
  113:14,21

**boat**  11:22,25
  12:10,14 15:12
  15:18,20 17:18
  17:18,19 24:9
  24:9 26:19,24
  27:8,14,20
  28:3 29:11
  36:11,15,23
  37:5 39:18,20
  40:3 41:25,25
  42:11,11 52:4
  52:16 57:6,14
  59:1,1,25
  64:11,11 65:13
  69:21 70:1,17
  77:17,17 83:8
  83:8 85:3,3
  90:14 91:18,19
  91:23 92:4,4,8
  92:8 93:15,16
  96:17 99:18,21
  103:19 105:1
  110:13,21
  111:17,24
  112:17 114:17
  114:19 116:20
  116:25,25
  118:20 122:7,9
**boat's**  39:15
**boats**  11:16,19
  11:23 17:7
  23:11 28:24
  29:2 32:12,14
  40:6 43:23
  45:1 64:18
  81:14 84:16,20
  89:1,5 94:10
  97:25 98:13,18

  100:1 110:6,10
  110:13
**body**  13:9 19:5
  22:3,5,17 23:1
  94:13 115:14
  115:16
**book**  34:14
  92:25 93:3,4,6
**books**  92:23,25
  93:1,2
**bottle**  52:9,22
  62:12,13,14
  63:24
**bottled**  62:22
  63:2,7 64:1
**box**  2:4,9
**boxer**  72:3,7,11
  72:13 75:23
  76:13,17,22
**boy**  104:23
**brand**  62:13
**break**  5:25 6:3
  72:23,24 73:1
  73:3,7 108:21
  109:2
**brief**  72:3
  73:13 109:8
**briefs**  72:7,12
  72:13 75:23
  76:13,17,22
**bring**  16:4 53:4
**bringing**  53:5
**british**  10:15
  53:7,10,15,18
  53:22 54:1
  55:16 74:4
  107:1 119:14
  127:12,16

**bruise** 13:20
**bruising** 94:7
**bucket** 61:7
**burning** 42:18
  43:3,6,7,8,9,16
  43:17 99:22
**bust** 66:7,10
**bvi** 71:18 96:15
  127:7,9

**c**

**c** 1:6 4:20
  33:21,21 129:1
  129:1
**call** 41:16,16
  41:18 57:13,16
  73:23 74:1
  98:1,1,3,5
  111:10 115:22
  115:24 118:11
  122:10
**called** 4:25
**calm** 39:6,8,10
**canvas** 28:10
  28:12 29:1,14
  29:18,22 30:16
  30:21
**cards** 93:8
**case** 3:19 95:2
  95:14,19
**cases** 52:6,6,12
  52:23,23 62:24
**catch** 27:18
  45:6 46:7,7
  69:23 70:2
  110:19,20,21
  110:22 112:3,5
  112:6,13,20

**catching**
  112:11
**caught** 111:11
**cause** 57:22
  129:5
**caused** 57:21
  57:22
**certain** 28:21
  28:22,24
**certifying** 2:25
**chain** 14:20,21
  15:1 20:5
**chained** 52:10
**chair** 33:15
  34:9,15,18
**chalwell** 1:4
  3:17 6:11
  20:17,18 48:16
  48:19 91:11,15
  93:4 130:4
  131:1 132:1
**change** 41:22
  131:4,7,10,13
  131:16,19
**changes** 130:10
  132:6
**charged** 129:15
  129:16
**charger** 15:7
**chase** 26:19
**chased** 37:23
**chasing** 27:8
  37:7,9,13,18
  37:19
**check** 54:9
  108:15
**checked** 110:1

**chee** 51:22,24
**chest** 23:5,6
**chicken** 45:20
  45:21,25 46:9
  46:10,15,18
  74:13,14,21,24
  75:3
**child** 79:15,17
**children** 12:6
  79:10 80:20,25
  81:1,2,5,7,11
  81:12
**chuck** 19:13,18
**circles** 94:12
**circular** 94:11
**circumstances**
  118:15
**civil** 1:5
**clean** 40:13
  71:14,15,20,21
  112:17,18
**cleaner** 71:16
**clearly** 5:19
**close** 33:15
  115:10 119:4
**closer** 9:4
  15:14 120:9
**cloth** 23:9
  64:24
**clothes** 18:24
  65:14 79:15,17
**coast** 8:23
  10:14 11:15
  14:4 16:16
  21:14 22:7,11
  23:11 25:2,16
  33:11 34:20
  37:13,22 38:9

  38:12,17,22
  39:12,14 40:7
  40:9,21 42:15
  44:25 45:5
  46:17 49:14
  50:13 51:16,21
  52:24 53:1
  54:5,8,13 58:3
  58:17,22 61:13
  62:19 63:8,10
  63:11,21 67:5
  68:2 71:7,11
  73:22 80:4
  81:14 83:21
  85:11,22 86:3
  87:4,7,17,20
  87:23 88:2,6
  88:11,16,20
  89:3,22 90:12
  91:12,17 92:3
  92:21,23 93:17
  93:24 94:4
  96:3,6,10,17
  97:16 100:7,11
  102:9,15
  103:22 104:13
  104:19,23
  107:9,11
  111:17 112:4,9
  114:23
**codefendant**
  20:7,16 35:19
  47:20 48:3,6
  77:11 90:21
**codefendants**
  100:12
**cold** 20:6 22:19
  31:20,21,21

[cold - crime]

32:1,3,11,13
32:15,17 40:14
63:15 69:3
84:22,24 94:6
**come** 7:15 11:4
19:13 36:17
40:1,5 60:9
61:1,16 65:5
66:10 69:25
70:23 75:12
78:7,7,9
103:14,16
104:5,7,9
107:8,9,13
110:3 124:24
125:2
**comfortable**
24:14 75:6,16
75:21 82:24
**coming** 30:5,7
30:13,15 37:25
39:16 41:1
57:10,10 81:16
111:9 113:3
**commenced**
4:22
**commencing**
1:20
**comment** 46:14
**commercial**
121:19 123:6
124:21 125:22
126:21
**communicated**
105:2
**company** 9:16
121:20 124:23

**compared**
71:18
**complain** 40:9
40:21 42:15
49:24 60:17
63:11,17 73:22
91:11
**complained**
26:4 41:20
58:2 89:22,24
**complaining**
46:13 90:1
**complaint**
40:17 63:14
94:22,23 95:1
95:5,11
**complaints**
25:3,13 63:22
94:9 96:21
**complete** 132:8
**completed**
130:16
**concluded**
128:22
**concludes**
128:9
**constant** 66:22
**contact** 57:3
**continue** 3:11
101:21
**continued**
102:7 104:16
**continuous**
33:8
**conversation**
85:25
**conversations**
3:9

**convicted**
117:10,20
118:1,4,6,9,9
118:12,23
119:13,15,21
122:3,11,17
123:3,18,21
124:10,13
125:10,23
127:11
**conviction**
118:16,18,21
119:3 121:3
122:1 124:6,14
126:10,15
127:4
**convictions**
120:15 121:8
121:10,15
122:2,25
124:17 125:1,9
126:13 127:7
**cooking** 44:17
44:23 46:24
58:16
**cool** 34:2,13
43:18 69:1,7,9
75:8,13,17
83:18,21
106:16
**cooled** 102:6
**cooler** 49:22
60:2,5,9 62:17
62:18,20
**copies** 129:16
129:17 130:14
**copy** 128:18

**correct** 132:8
**correctional**
1:19 3:22
**corrections**
132:6
**corrupt** 27:18
**cost** 129:15
**counsel** 3:15
4:7,19 129:12
130:14
**count** 111:13
113:4,6,8,10
113:18
**country** 70:11
**couple** 52:11
67:8,10 85:20
86:9 113:24
**court** 1:1 3:18
3:25 4:17 5:16
5:19 7:13,18
9:23 18:18,22
21:7 28:11
49:20 60:12,15
91:1 95:2,14
95:19,20 99:12
118:11 122:10
125:6 127:1
128:14,17
**courtroom** 7:4
7:7,24
**cover** 19:22
22:4,17,18
23:1
**crew** 62:11
100:4,6
**crime** 117:10
117:11,20
118:11 119:13

[crime - direct]

122:4,10
123:19 125:7
125:11,17,23
126:1 127:11
127:17
**crimes** 119:15
126:1,6
**crotch** 66:7
**cs** 130:15
**cs7487354** 1:25
**cuff** 13:25
**cuffed** 26:8
**cup** 12:17
43:13 44:1,2,3
47:1,2,3,5,19
49:21 59:10,12
59:14,15 60:8
61:17,18,19,21
63:5
**currently**
125:18 127:13
127:18
**cut** 10:4 13:18
13:19
**cv** 1:6 3:20
**cv01290** 1:5

**d**

**d** 4:20
**danger** 93:23
94:2
**date** 117:14
131:24 132:12
**day** 10:3 12:17
12:18 16:9
24:22,23 34:25
35:2,2 37:15
37:19 39:7,9

39:20 42:6,7
43:4,5 44:8
45:6,23,23
46:8 49:6,6,11
49:18 50:14
59:23 62:9
66:21,22 75:11
99:7,8,11,13
99:14,19
101:18 103:3
110:7,9,13,17
111:4,4,24
112:1,3,4,6,8,9
112:12,13,14
112:21 129:18
132:15
**days** 12:2,21
18:16,23 52:11
57:5 66:13,14
66:14,16,19,20
66:23 67:3
69:24 81:4,8
107:16 108:15
110:5,15 111:6
111:7,9 119:6
119:7 130:16
**daytime** 32:3,7
50:10
**dc** 2:10
**dead** 33:3
94:19
**decide** 66:25
67:1
**deck** 12:10
40:2 65:12
**declare** 132:4
**deemed** 132:6

**defecate** 81:21
82:16,16,19,20
83:3,3,13
**defecating**
81:13 82:24
88:5,11
**defendant** 1:10
2:7 3:15
**department**
2:8 4:12,14
**depends** 111:4
**deponent**
130:13 132:3
**deposed** 6:24
7:1,2
**deposing**
130:13
**deposition** 1:13
1:16,18 3:14
3:21 4:21 5:6
5:14 10:19,20
10:24 11:6,9
11:12 127:24
128:21 129:2,8
129:11,16
**depressed** 97:6
98:17 99:3
100:4,14,25
101:2,10,15
102:11,19
**depression**
99:5,10,17
102:22,24
103:6 104:17
**describe** 35:9
35:24 39:6
57:2 59:20
60:22,24 63:14

64:17 65:3
67:22 77:23
84:8 85:11
88:22 91:5
97:19 99:4
118:15
**described**
17:11,17 24:8
41:24 58:25
64:10 77:16
83:7 85:2
91:18 94:6
116:24 119:16
122:2 125:9
126:1,6
**describing** 42:8
**detainees** 16:20
74:10 76:16
77:3 90:16,18
100:13 114:12
114:14
**diagnosed**
96:24 97:3
**die** 36:12,15
57:5
**died** 84:14
**difference**
42:14 61:6
**differences**
42:13
**different** 14:15
26:25 33:20
91:25 120:19
**dinghies** 40:6
**dinghy** 39:14
40:4,5
**direct** 5:3

[direction - fact]

**direction** 129:7
**district** 1:1,1
  3:18,19
**doctor** 84:8,10
  84:20,22 105:9
  105:13,15,18
  105:22 107:3
**doctor's** 105:6
**doctors** 105:3
  106:4 108:1,6
  108:8,17
**documents**
  11:8
**dog** 35:19
**doing** 15:25
  37:7 38:15
  52:5 95:9
  102:25 103:7
  111:18,25
  112:9,16
  115:10,23
**dominican**
  69:25 70:3,21
  111:22
**domino** 93:11
  93:13
**dominoes** 93:9
  93:10,15,16
**door** 33:15
  34:1
**downstairs**
  20:4 35:17
  114:22,24
  116:16,17
**dream** 103:25
**drink** 12:24
  34:8 43:13
  52:22 59:24

60:3,10 62:1,4
  62:11,14,17,19
**drinking** 51:23
  63:24
**drive** 10:4
**driver** 8:24
**driving** 119:20
  119:21 120:16
  120:18,19
  121:1,4,5,8,17
  122:25 123:3,6
  124:16,20
  125:21,21
  126:17,20
**drop** 69:25
**dropped** 54:4,7
  54:24 55:15
  56:6,13,17
  70:10,14
  101:13,20
  102:2 111:8
**dry** 12:14
  24:19,25 31:16
  31:17 34:16,21
  34:22 43:2
  65:1,23
**duly** 4:25 129:4
**duty** 58:20

**e**

**e** 4:20,20 129:1
  129:1,1,1
  131:3,3,3
**earlier** 109:14
**earliest** 56:12
**easier** 55:14,19
  55:20

**eat** 12:18 48:14
  49:1,2,2,4,8,9
  51:4 52:7,10
  56:23,25 58:11
  58:14,17,22,24
  59:7
**eating** 51:22,24
  58:6,7,9,10,15
  58:18 64:8
**edge** 76:7
**education** 8:19
**effects** 56:24
**elements** 26:15
  33:12 39:3
  40:10 42:24
  43:20
**eli** 8:10,10 9:10
**elmore** 8:16
**embarrassment**
  83:4,5
**employee**
  129:13
**encourage**
  49:14
**engine** 15:5,8,9
**english** 90:7
**entire** 17:7
**entrance** 34:3
**errata** 130:11
  130:13,16
**erratas** 130:15
**especially**
  39:11
**esq** 2:5,10,11
  130:1
**esteem** 97:11
  97:17,25 98:4
  98:8 100:3,14

101:10,22
  102:8 104:17
**estimate** 31:23
**everybody**
  20:12 36:13
  38:6 58:6
  71:25 72:5
  77:5
**exact** 109:18
  109:21 117:14
  117:24,24
**exactly** 113:11
  120:7,8,8
**examination**
  2:17 5:3
**examined** 5:1
**except** 45:25
**exhibits** 2:21
**explained**
  104:25
**exposed** 26:16
  33:12
**exposure** 26:13
  26:14 39:2
  40:10 42:24
  43:20
**eyes** 43:7,8,17

**f**

**f** 129:1
**face** 26:21
  27:19 36:3,4
  43:14,16
**facility** 3:22
**facing** 15:12
  80:5,11
**fact** 36:14
  46:14

[fails - gained]

**fails** 130:18
**fall** 105:11
**family** 41:17
  57:4,13,16
  73:23 97:21
  98:2,6 101:23
**far** 14:16,18,19
  22:25 115:3
  116:14,19,20
**fast** 27:8
**faster** 26:20
**fci** 105:13
**fear** 35:21,24
  36:7,14,17
**fed** 50:13 87:17
**federal** 1:19
  3:22
**feel** 23:16,18
  23:19 35:23
  36:8 38:14,17
  38:22 55:2,8
  55:21 81:15,18
  89:17,21 93:22
  94:1,17 95:7,8
  95:22 97:16,20
  97:22,23 98:8
  98:10,21,23
  99:7,25 100:16
  100:18,19,19
  100:21,25
  101:18,18,21
  102:7,11 103:1
  103:5,7,19
  104:13
**feeling** 36:4
  97:24 99:1,2,9
  99:16 101:14
  102:19 104:16

**feelings** 101:5
**feet** 22:23
  116:22,23
**fell** 39:19
**fellow** 90:16,18
  100:13
**felt** 36:14 97:2
  98:4 99:5
  100:3,5,13,14
  101:1,6,9
  106:12 108:5
**fight** 115:20
  123:21 124:7
  124:11 125:22
  126:15
**fights** 115:18
**filed** 3:18
**filing** 95:1
**fill** 12:24 64:19
**filling** 60:2
**financially** 4:4
**fine** 9:1 119:5,9
  119:11 122:13
  124:6,18
  125:15
**fined** 121:22
**fines** 121:9,18
**finish** 6:1,6
  8:17 21:1
  47:23 48:10,16
  48:21,24 49:7
  49:15 50:23
  51:7 65:4 71:5
  71:10 77:24
  78:23 88:9
**finished** 51:3
  125:5

**firehose** 68:16
**firing** 38:4
**first** 4:25 5:8
  52:5 56:7,9,16
  68:24 89:17
  129:4
**fit** 19:1 21:3,5
  21:13,19
**five** 33:6,10
  68:18 102:23
  108:21 109:2
  111:6,7,14
  113:16 120:1,3
  120:6,10
**floor** 12:10,19
  31:5 59:6,7,12
  59:13,14
**flow** 33:8
**flush** 60:1
**follow** 73:19
**following** 1:15
  74:2
**follows** 4:22
  5:1
**food** 43:22,23
  43:24 44:4
  45:8,15 46:3
  46:20,24 47:23
  50:12,16,18,21
  51:13 52:12,20
  52:23,25 55:3
  58:2,25 59:4,8
  59:12,14,17
  62:25 74:10,11
  74:16,17,18,19
  75:1
**foot** 11:24
  13:11,12,22,25

  14:24 23:21
  24:5,15 55:13
  55:14 92:13,14
  92:16 115:15
**force** 115:12
**foregoing**
  129:2,8,11
  132:5
**foreign** 70:10
**forks** 47:17
**forth** 15:21
**foundations**
  4:9
**four** 81:4,7
  94:20 110:8
  111:5 113:16
**freezing** 20:9
**friendly** 85:23
  88:22
**front** 15:12,23
  15:24 16:2,7
  16:12 47:6
  51:23 58:11
  71:24 72:5
  79:15 114:17
  114:19
**full** 8:7 47:1,3
  114:4
**fully** 6:22 93:5
  93:6
**function** 99:4
**further** 127:21

**g**

**g** 4:20
**gained** 55:21
  55:24,25

[game - guns]

game  93:11
garbage  47:22
  47:25
garden  60:16
  60:23 61:5
gatorade  51:23
  51:24
gavin  2:10 4:11
  5:5
gavin.hallisey
  2:11
geez  36:5
generally  96:19
getting  12:12
  20:2 24:17
  27:11,13 30:17
  30:19 33:16,17
  36:2 43:1,5
  44:18,21,24
  45:22 46:24
  55:3 63:18,19
  74:8 90:1
  99:21
give  12:11,24
  18:3,24 19:4
  19:21,22 21:19
  21:20,21,22,23
  21:25 22:2
  23:12 25:24
  40:15 41:16,17
  43:14 47:17,19
  48:4,4,6 53:23
  61:13,15,17,19
  61:20 62:23
  64:4,4,9,21,24
  65:7,19,24
  66:4 74:1
  92:23 93:15

95:13,15,18,20
  103:22,25
  114:23 120:9
gived  18:11
given  10:3 44:1
  48:11 49:6
  61:24 110:9
  128:10 129:9
  132:9
giving  5:18
  12:16 38:6
  98:3
gmail.com  2:5
  130:2
go  3:12 12:15
  16:1 22:25
  25:7,9,11,15
  25:22,22 29:9
  31:17 33:20
  34:3 35:13,15
  36:7,8,11,20
  37:11 38:7
  39:2,14 40:19
  42:22 55:12
  65:6,25 67:19
  69:7,24 72:17
  73:20 78:3,9
  79:13,20 80:1
  81:19,25 82:8
  82:8,14 83:12
  85:17 86:10,20
  86:21,23,24
  95:15 98:21
  99:22,23,24
  101:25 103:2,3
  103:10 110:19
  111:6,10,15
  112:19,19,22

116:3
going  3:5 5:11
  5:14 8:4 9:5
  11:4,14,18
  13:3,6 26:18
  27:8,10,14,17
  36:7,8,12,21
  36:24,25 37:1
  37:20 38:1,2,5
  38:9,12,14,17
  38:22 39:2,15
  39:17 40:4
  49:3 53:24
  57:19 65:6,11
  68:21,24 73:11
  73:18,19 77:22
  79:2 86:14
  88:1 91:6,7,24
  96:9 98:10,25
  108:14 109:6
  112:3,4,10
  128:7
gonna  78:21
good  3:4 6:4,8
  44:17,22 46:23
  60:18 63:16
  95:8,23 109:2
  109:4
great  9:13
  109:5
ground  59:8,10
  68:23 104:25
guard  8:23
  10:14 11:15
  14:4 16:16
  21:14 22:7,11
  23:11 25:2,16
  33:11 34:20

37:13,22 38:9
  38:12,17,22
  39:12,14 40:7
  40:9,21 42:15
  44:25 45:5
  46:17 49:14
  50:13 51:16,21
  52:24 53:1
  54:5,8,13 58:3
  58:17,22 61:13
  62:19 63:8,10
  63:11,21 67:5
  68:2 71:7,11
  73:22 80:4
  81:14 83:21
  85:11,22 87:4
  87:7,17,20,23
  88:2,6,11,16
  88:20 89:3,22
  90:12 91:12,17
  92:3,21,23
  93:17,24 94:4
  96:3,6,10,17
  97:16 100:7,11
  102:9,15
  103:22 104:13
  104:19,23
  107:9,11
  111:17 112:4,9
  114:23
guard's  86:3
guess  77:8
guilty  118:21
  124:10,13,19
  124:19 125:6
guns  38:1,2,5,6
  38:10,13,15,16

**gunshots** 38:4
**guy** 46:7 62:24
  64:8 71:24
  72:16 93:3
  102:14
**guy's** 66:11
**guys** 45:5 90:8
  91:9 114:20
  116:4,8

### h

**h** 131:3
**half** 14:24 47:9
  47:13 56:19
**halfway** 47:3
**hallisey** 2:10
  2:18 4:11,11
  5:4,5 7:17 9:5
  9:8,13,15 10:2
  28:14 50:2
  60:19 72:22
  73:1,4,6,10,17
  91:4 99:15
  108:20 109:1,5
  109:12 127:3
  127:20,23
  128:16
**hand** 65:20
  78:24 86:12
  129:18
**handcuff** 13:23
**happen** 36:20
  36:21 37:3,4
  37:21 38:3
  127:7,9
**happened** 5:8
  6:19 7:20
  11:21 36:11

78:6 95:25
  110:24 124:24
**hard** 18:12,12
  19:7
**harm** 93:23
  94:2,3
**head** 14:7 19:8
  19:13,19 21:8
  23:2 28:7,15
  28:20,24 29:1
  29:14,18,23
  30:16,21 31:12
  34:23 38:20,25
  42:9 43:25
  68:4,6,8 79:12
  94:24 98:15
  112:20 113:23
**headache**
  32:20,20,21,25
  33:2,3 94:6
**hear** 5:19 9:1,2
  15:8
**heat** 68:23
**heavy** 35:4,5
  35:10
**height** 54:17,19
**held** 67:9 68:2
  68:3 86:21,23
**help** 22:20
**hereto** 129:13
  132:7
**hey** 53:3 71:11
  115:9
**high** 8:13,15,16
  8:17,19 106:19
  106:22,25
  107:4,6,6,17
  108:12,12

109:15,17
**hit** 30:17 38:23
  38:24 93:17
**hitting** 41:1
**hmm** 96:16
**hold** 20:8 35:19
  39:19 60:8
  67:6,11 68:5
  68:12 71:23
  86:16,17,18,19
  86:24 91:23,25
**holding** 68:8
  68:11 86:12
  87:11 88:14
**hole** 66:10
  92:14
**holes** 18:8 19:5
  66:4,6
**honest** 93:7
**hoping** 99:19
**hose** 12:22,22
  12:23,25 59:25
  60:2,4,14,15
  60:16,21,23,24
  61:3,5,7 62:3,7
  64:19 65:15,16
  65:19 67:6,9
  67:11 68:3,3,4
  68:8,11,12,13
  68:22,22 69:3
  75:19 83:17,21
**hospital** 54:3
  74:4,6
**hot** 31:4,5,6,7
  32:3,4,5 49:25
  50:4,4,7,10
  59:24 62:2,7
  68:21,21,24

69:4,5,7,9 75:7
  75:9,11,12,12
  75:14 83:15,19
  83:19,20
**hours** 11:11
  23:10,13,14
  52:11
**house** 15:8
**huh** 17:14 29:4
  33:23 66:3
  69:12 71:19
  102:21
**hundred** 52:3
**hungry** 51:1,5
  51:8,12,16
  53:2,4 57:19
**hurry** 71:25
**hurt** 13:16,17
  14:1 23:22
  24:16 78:21,21
  94:15,18,19
  96:3,6
**hurting** 14:3
  24:4,7

### i

**ice** 49:23,23
  50:1
**iced** 50:3
**igloo** 49:23
  59:22
**illness** 96:25
  97:3
**imagine** 27:23
  28:2
**immediate**
  93:22 94:1,2

**inaudible** 7:12
  9:22 18:17
  37:16 49:19
  60:11
**index** 2:15
**indicating**
  14:22 23:4
  47:2
**injuries** 96:9
  108:2
**inmates** 104:20
**inside** 15:10
  25:7,8,9,11,15
  25:22,23 33:20
  33:21 34:3
  35:13,15 40:20
  42:22 49:5
**institution** 1:19
**instruction**
  41:9,14,19,22
**instructions**
  41:11
**insurance**
  121:4
**insured** 121:2
  121:7
**interact** 85:13
  85:18
**interacted**
  85:12
**interaction**
  92:7
**interactions**
  85:21 92:20
**interested** 4:4
  129:14
**interrupt** 9:1

**ish** 64:25
**islands** 10:16
  53:7,10,15,18
  53:22 54:2
  55:17 74:4
  107:1 119:14
  127:12,16
**issues** 106:2
**it'll** 47:1 68:25

**j**

**j** 2:10
**jail** 102:4
  117:11 119:2,7
  121:14,24
  122:15
**jerome** 1:4,16
  2:18 3:15,16
  4:21,24 8:8,10
  9:10 128:10,21
  129:2 130:4,5
  131:1,2,24
  132:1,2,4,12
**job** 1:25 8:23
  9:19,21 10:8
  26:19 27:17
**john** 2:13 3:23
**joke** 90:11,13
**juan** 2:4
**judge** 118:23
  118:24
**jump** 50:12
  78:18,20
**jumper** 65:7
**jumpsuit** 20:23
  21:14,15,24
  22:3

**jury** 118:23,25
**justice** 2:8 4:12
  4:14

**k**

**keep** 24:17
  36:4 41:9,15
  41:18 46:23,23
  49:3 62:4 98:1
**killing** 100:2
**kind** 18:25
  65:1 74:19
  90:25 91:2,8
**knives** 47:17
**knocking** 32:2
**know** 5:21 10:9
  10:9 16:15,17
  16:19 23:14
  24:21 25:10
  32:1 33:1
  35:25 36:22
  37:2,8,14,21
  38:2 40:16
  42:9 46:10,12
  48:7 49:1
  53:20,25 54:25
  55:9 57:4
  58:15 61:2,4,6
  66:24 70:18,19
  70:20,22 78:17
  81:16 86:19
  91:6 95:8,24
  96:2,5 98:2,7
  101:5 104:8
  105:7,8 108:12
  109:22,24
  113:1,11 116:2
  117:14,25

  124:4
**known** 129:2

**l**

**l** 2:5 130:1
**ladder** 39:18
**land** 99:20,22
  99:23
**laughing** 12:8
  79:10
**laundering**
  118:13 122:1
  124:14 125:20
  126:10
**laurie** 1:17 4:1
  129:2,21
**law** 2:3,3,9
**lawyer** 7:15,19
  7:25 8:2 10:23
  10:25 11:1,6
**lawyers** 9:2
**lead** 127:4
**leave** 49:11
  78:13,15
  107:16
**left** 15:14,16,18
  48:13 53:6,18
  53:22 114:11
**leftover** 49:11
  49:15
**leftovers** 48:13
  48:19 51:8
**leg** 13:7 14:16
**legal** 130:23
**license** 119:20
  119:22 120:17
  120:18,20,25
  120:25 121:5,5

121:9,17
122:25 123:4,7
124:16,20
125:21,22
126:18,21
**licensed** 121:1
**lie** 12:12,15
18:4 19:11
22:21 24:20,24
53:24 103:10
115:11
**lied** 18:5
**life** 35:21 37:24
**lifejacket** 19:9
**lifejackets** 22:8
28:7,9 29:1
**lighter** 55:8
**lightning** 35:10
**limit** 8:24 9:18
**line** 131:4,7,10
131:13,16,19
**lips** 43:2,7,8,17
**listen** 5:7
**little** 9:4 14:8
14:13 15:8
20:19 26:20
32:10,13 39:13
43:18 45:20
46:9 48:8 49:2
49:4,8 62:4
64:21,24 65:7
68:16 70:24
84:21 102:6
107:7 108:13
109:15 115:13
116:2
**live** 10:13

**living** 57:4
**located** 76:4
114:9
**location** 3:21
**lock** 79:16
**long** 9:19 14:20
14:21,23 16:7
23:21,23 71:2
71:3,4 73:2
75:14 79:22
89:7 101:17
110:8 111:2,5
122:18 123:23
**longer** 111:15
**look** 11:8 76:7
79:12 95:4
**looked** 27:24
28:5,17 29:3
**looking** 58:13
58:20 76:11,14
76:16,21 77:14
80:8,23
**loose** 36:13
77:6
**loosen** 14:5,6
**lose** 51:2,2
**loss** 57:21,24
**lost** 54:25 55:2
55:5 56:22,22
**lot** 14:2 49:24
54:25 55:2,20
94:12 111:21
**lower** 22:5
**lowered** 97:11
97:16,24 98:4
98:8 100:3,13
101:10,21
102:7 104:16

**lowest** 56:14

**m**

**maceira** 2:5
4:15,16 8:25
128:6,19 130:1
**maciera** 2:3 9:7
9:11,14 73:2,8
108:23 109:3
127:22 128:2
**mad** 89:8,10
**made** 14:25
18:9 23:8
37:23 102:11
132:5
**main** 40:17
**make** 10:7,11
14:15 20:8
35:23 40:1
89:12 102:14
103:18
**makes** 26:22
72:18
**man** 20:8 46:23
52:7,13 103:18
**manuals** 26:2,6
**mark** 13:21,22
14:1 19:5
**mat** 94:12,12
**matter** 3:16
**meal** 44:9,25
45:25 50:23
58:23
**mean** 6:17 7:3
11:21 18:2
20:16 25:19
28:23 40:13
42:2 44:14

55:11 94:25
104:4 111:20
115:7 118:17
**meat** 44:15,22
58:16
**media** 3:13
128:10
**medical** 74:8
**medication**
107:17
**medicine** 84:6
84:8,10,15,17
84:18 85:2,6,8
85:9
**medium** 39:9
**mental** 96:8,9
96:18,21,24
97:3 102:1
104:20 105:2
105:16,25
106:2,5,11
**mentally** 96:6
106:9 108:18
**mention** 26:1,5
**mentioned**
22:6,16 26:12
59:19 74:3
80:4,18,25
123:7
**mesh** 42:10
**metal** 15:2,3,3
83:15,18
**meters** 116:21
**microphone**
9:4
**microphones**
3:7

**middle**  6:2 8:9
  52:19
**migrant**  69:20
  69:21 110:12
  115:14,20,21
  116:24 117:7
**migrants**  69:17
  70:5,23 74:16
  74:22 75:1
  76:3,4,14
  80:17 90:3
  101:11 110:4,5
  110:10,15,25
  111:1,2 112:22
  112:23 113:13
  113:20 114:9
  114:13 115:3
  115:19 116:3,6
  116:10,15,17
  117:1,4,9
**mildly**  99:2
**miles**  52:3
**mind**  79:12,19
  107:16
**minnesota**  3:23
**minor**  79:10
**minute**  73:7
  79:24 94:25
  109:2
**minutes**  73:8
  79:24 108:22
**mm**  96:16
**money**  10:7
  118:2,4,6,10
  118:13,16
  122:1 124:13
  125:13,20
  126:9

**month**  104:5,7
  104:8,10 119:4
**morning**  3:4
  19:6 42:4
  51:10
**move**  9:6 11:14
  13:6 14:16,19
  20:4,11,12,15
  23:22 26:23,25
  27:3 31:15
  33:19 35:16
  37:11 38:8
  42:21 75:5
  116:2
**moved**  15:21
  15:23,24
**moving**  13:16
  16:10,13 27:18
  27:20 39:12
  86:11 117:9
**mute**  3:9

**n**

**n**  4:20
**naked**  71:24
  72:1,4
**name**  3:23 5:5
  8:7,9,15 9:9,16
  9:25 11:16
  61:4 105:6,8
**names**  11:17
**naturally**  22:14
**nearly**  39:18
**necessary**
  132:6
**need**  5:17,25
  12:4 34:7
  40:13 78:4

  84:12,13,15,17
  84:19 85:17
  86:1,2 103:8
**neither**  127:22
**net**  29:16,16,20
  42:10
**nets**  29:19
**neutral**  85:22
  85:24 88:23,24
  92:3,5,8
**never**  13:19
  30:25 31:2,18
  31:18 51:20,25
  52:8,9,21,21
  53:3 58:22
  63:19,20 67:4
  69:9 70:18
  71:13 79:3
  81:10 82:25
  84:10,10,17,17
  85:7,7,13
  92:24 93:1
  100:2 106:20
  107:2,16
  121:22 125:6
**new**  21:25 22:2
  62:13 65:24,24
**nibbs**  1:4,16
  2:18 3:15,16
  4:21,24 5:5 8:8
  8:10,11,13 9:3
  9:8,10 13:3
  21:6 73:18
  94:21 95:1
  109:13 117:9
  123:19 128:10
  128:21 129:3
  130:4,5 131:1

  131:2,24 132:1
  132:2,4,12
**night**  19:25
  24:1,3,21
  31:20,21,24
  35:3 37:15,20
  42:5,6 50:7,9
  51:11 62:9
**nightmares**
  96:13 104:1,2
  104:3
**nodding**  21:8
**nods**  14:7
  31:12 34:23
  38:20,25 43:25
  94:24 98:15
  113:23
**noise**  26:22
  72:18
**normal**  27:14
  68:14,18
  109:23 112:21
**nose**  32:11,18
  32:21 33:5,7,9
**notary**  1:17
  132:13,19
**note**  3:7 130:10
**noted**  132:7
**notice**  1:18
**noticeable**  55:4
**noticed**  129:15
**noticing**  4:10
**number**  3:13
  3:19 109:18,19
  109:21,24
  116:21 117:1
  128:10

| o | | | |
|---|---|---|---|
| **o** 4:20 129:1 | **orally** 5:18 | **party** 129:15 | **phone** 9:6 |
| **oath** 4:2 6:14 7:19 8:1 | **ordered** 129:16 | **pass** 24:23 93:12 | 41:16,18 74:1 |
| **objections** 4:5 | **ordering** 128:15 | **passed** 20:1 35:8 | **phones** 3:10 |
| **obviously** 31:16 | **original** 129:15 | **patrol** 112:18 | **physical** 84:25 93:23 94:3,8 94:14 108:2 |
| **ocean** 52:19 | **ounce** 47:7 61:19,21 | **patton** 2:11 4:13,13 127:25 128:4 | **physically** 38:18 82:11,15 82:20 87:12,15 87:18,21,24 88:2,8,11 96:3 |
| **offense** 119:18 | **ounces** 47:5,8 47:13 | **pay** 119:5 124:18 | |
| **office** 2:3 | **outcome** 4:4 129:14 | **pee** 72:21,25 73:5 | |
| **officer** 58:12 | **outside** 7:4,7 7:24 12:5,20 13:1 15:10,11 42:8 58:24 127:12,15 | **people** 16:1,3 16:15,17,18,25 17:1,4 20:14 20:14 26:18 27:18 33:11 37:7,8,12,18 37:19,23 40:7 50:16 63:1,10 69:11,16 70:5 76:20 77:4,7 77:10 80:17 90:14,20 92:25 95:24 96:2,5 100:7,7 110:21 111:8,11 112:3 112:5,6,9,11 112:13,20,25 | **pick** 3:8 15:25 17:4 89:17 96:18 |
| **officers** 89:16 | | | **picked** 8:23 10:14 16:17,25 17:1 70:6 96:10 |
| **officials** 54:15 | | | |
| **oh** 19:8 21:2 29:9 36:10 72:22 | | | |
| **okay** 5:10 8:6 13:5 14:11 17:25 21:10 39:4 65:5 68:25 71:1 73:21 79:18 86:7 98:2 | **overboard** 36:7 36:9 | | **picture** 54:22 |
| | p | | **pillow** 19:11,20 |
| | **p** 4:20 129:1 | | **pillows** 22:8 |
| | **p.m.** 128:8,22 | | **place** 3:11 24:19 |
| **old** 8:11 | **page** 2:17 131:4,7,10,13 131:16,19 | | **placed** 49:22 49:23 59:22 |
| **once** 15:24 45:17,21 66:15 81:2 102:2 104:5,7 110:20 119:24 123:21 | **paid** 119:9 125:14 | **perfect** 9:12 73:9 | **places** 28:21,22 |
| | | | **plaintiff** 2:2 4:16 |
| | **pain** 33:2 | | **plaintiffs** 1:6 |
| **ones** 17:8 86:8 | **painful** 33:3 | **person** 33:22 34:4 52:4 58:22 63:6,8 72:19 75:24 80:4 105:23 106:1 125:3 | **plas** 65:25 |
| **open** 25:1 37:2 62:13 | **paper** 18:25 20:22,22 47:18 64:25 65:25 66:2 78:24 | | **plastic** 15:2 |
| | | | **play** 93:11 |
| **opening** 5:9 | **part** 13:9 22:3 115:16 | | **playing** 93:8,13 |
| **operation** 38:5 | | | **plead** 118:21 |
| **operations** 37:22 111:18 111:25 | **parties** 3:12 4:3 129:13,16 | | **please** 3:7,9 4:6 4:18 5:21,25 9:4 21:1,18 29:9,9 88:9 |

118:7 128:6,19
**po** 2:4,9
**point** 51:10,11
  101:14
**position** 24:16
  80:10
**possible** 36:22
**preparation**
  10:23 11:6,8
**prepare** 10:19
  10:20,21
  112:20
**preparing**
  11:11
**prescribed**
  108:4
**present** 4:7
**press** 60:8
**pressure** 68:13
  106:19,20,23
  106:25 107:4
  107:18 108:11
  109:14,15,22
**prevent** 102:24
  102:24 103:6
**printed** 94:13
**prison** 54:15
  56:1,2,3 105:3
  106:4 107:15
  107:21,24
  108:5 119:2
  123:20 125:11
  125:13,18
  127:13,18
**prisoner**
  107:10,13
**privacy** 67:24
  80:15

**private** 3:9
**problem** 102:1
  102:3 106:20
**procedure**
  65:19 74:2
**proceed** 4:19
  5:11
**proceeding** 4:6
**process** 16:2
  65:3 77:23
  116:4,12,13
**processing**
  114:18
**professional**
  129:22
**prohibited**
  2:24
**protect** 29:23
  30:17
**protected**
  30:22
**protection** 32:5
**protocol** 26:1,6
**psychiatrist**
  107:23
**psychologist**
  107:20
**public** 1:17
  94:22,23 95:10
  95:15,24 96:2
  96:5 132:19
**puerto** 1:1 2:4
  3:19 7:15 54:5
  54:8,24 55:15
  56:6,13,18
  101:13,20
  105:17

**pull** 65:23
**pulled** 22:25
**pursuant** 1:18
**push** 18:11
**put** 9:3 15:19
  18:3 22:23
  50:1 54:21
  59:5,6,10
  65:25 68:6
  72:10,14 87:8
  92:13,16
  114:16 116:21
**putting** 12:19
  87:10

**q**

**quenching** 62:3
**question** 5:22
  7:6 21:1 70:13
  88:9 93:25
  110:11
**questioning**
  126:25 127:2
**questions** 5:7,9
  5:15,15 6:6,21
  7:9 8:2 73:19
  127:21
**quick** 72:10,18
  83:14

**r**

**r** 4:20 129:1,1
  129:1,1 131:3
  131:3
**rain** 19:23
  20:11,12 24:19
  24:23 26:12,13
  26:17 27:12
  29:23 30:3,11

30:13,15,17,19
  31:16 35:1,3,4
  35:10 40:14,19
  41:2 42:3,5,6,7
  42:8
**rained** 24:22
  24:24 29:22
  34:25 35:2
**raining** 20:1,6
  24:18,22 27:9
  27:10,11 30:1
  33:16 42:4,5
**rains** 12:12
**rainstorm** 20:2
  35:8 114:21
**rainstorms**
  20:1
**raised** 25:13
**range** 120:9
**rapidly** 27:18
  27:20
**rate** 129:16
**rather** 33:3
  94:18
**raymond** 2:5
  4:15 130:1
**reach** 23:3,4,6
  52:20
**reached** 52:4
**read** 127:25
  128:4 130:9
  132:5
**reading** 34:14
  93:3 129:10
**ready** 11:13
**real** 68:21
**really** 17:23
  53:3 71:23

85:13 89:25
90:4 100:10
104:24
**reason**  6:20
21:20,22 25:24
40:16 48:8
78:19 83:2,2
86:13,19 90:9
98:4 114:23
115:1 130:11
131:6,9,12,15
131:18,21
**reasons**  24:6
**receipt**  130:17
**receive**  31:8,9
44:4 45:13,15
45:18 47:12
50:17,21 62:22
63:2,4,6 66:12
66:15,18,18
93:4,8 121:9
122:13,15
124:6
**received**  44:9
45:8,11,24
46:3,10,14,18
47:9 49:17
57:17 74:14
93:6 120:16
121:3
**receiving**  98:5
107:17
**recess**  73:13
109:8
**record**  3:5,12
4:9 21:7 73:12
73:16 109:7,11
128:8,13 129:9

**recorded**  5:16
129:7
**recording**  3:11
3:14
**reduced**  129:7
**referenced**
130:6
**referring**  37:4
37:6
**registered**
129:22
**regular**  111:19
111:20
**related**  4:3
129:13
**relation**  76:4
**relationship**
85:10 91:17
**relative**  129:5
**relax**  103:2
**relief**  43:9
**remanded**
119:5
**remember**  9:25
11:15,17 53:8
54:14,16,17,18
56:9,10,11,12
56:17 93:5,5,7
95:1 102:14
105:7,10,12
109:16,18,21
113:11 117:24
118:14 119:23
120:5,7 122:18
123:23,25
124:4
**remind**  21:6

**remotely**  4:8
**repeat**  7:6
37:17 93:25
**rephrase**  5:22
54:12 70:13
81:24 82:6
86:22 88:4
89:20 96:14
110:11 112:7
125:16 126:8
**replace**  125:4,5
**reporter**  2:25
3:25 4:18 5:16
5:19 7:13,18
9:23 18:18,22
21:7 28:11
49:20 60:12,15
91:1 99:12
127:1 128:14
128:17 129:22
**representing**
3:24
**reproduction**
2:24
**republic**  69:25
70:3,21 111:22
**required**
132:13
**rescue**  52:15
**rescued**  63:8
**respective**
129:11
**respond**  41:21
51:19 63:21
106:15 108:9
108:10
**response**  42:19

**responsibilities**
9:21
**rest**  47:22 48:7
59:8 76:25
92:14
**rested**  23:16
**restrained**
11:23 13:7
14:17 15:4,10
17:2,5,8 27:23
28:3 87:7
**restraint**  13:9
14:25 17:10,13
**restraints**
11:19,20 13:6
13:14,18 14:5
17:22 26:5
**retained**
128:11
**retaliation**  37:8
**return**  130:13
130:16
**review**  130:7
**rice**  12:17 44:1
44:3,4,6,9,12
44:21 45:1,8
45:16,19,22,24
46:4,5,20,25
46:25 47:1,3
47:20 48:10,16
48:21,24 49:7
49:12,15,17
50:19,23 51:3
51:7 52:25
58:9 75:2
**rico**  1:1 2:4
3:19 7:15 54:5
54:8,24 55:15

56:6,13,18
101:13,20
105:17
**rigging** 68:7
**right** 9:6 15:15
15:17,20 23:4
28:3 34:2,2
51:3,23 56:5
57:10 59:7
65:12 66:10
67:23 68:23
76:6 78:8,10
78:12 82:25
108:21 109:25
110:4 114:10
115:5 117:11
119:16 124:9
**rodney** 2:11
4:13
**rodney.patton**
2:12
**room** 15:6 50:9
**rough** 39:5,8
39:10,11,24
86:7,8,16
89:18
**roughly** 88:16
**rpr** 1:17
**rubber** 18:10
18:12 19:7
**ruler** 54:22
**run** 12:14
30:19 68:21
**runny** 32:11,18
32:21 33:5,8
**runs** 33:7

**s**

**s** 4:20 129:1
131:3
**sad** 99:2
**saltwater** 26:17
26:21 27:5,7,9
27:11,12,13,15
27:21,22 43:1
43:6
**salty** 60:20
**san** 2:4
**sanchez** 2:3,5
4:15,16 8:25
9:7,11,14 73:2
73:8 108:23
109:1,3 127:20
127:22 128:1,2
128:6,17,19
130:1
**sanchezlaw264**
2:5 130:2
**sandstone** 1:19
3:23 105:13
**sat** 34:9,15
**sausage** 52:6
**save** 52:3 62:24
**saw** 58:17,22
63:6 84:13
93:3 112:23
**saying** 9:3
25:14 26:3
36:10 48:2
79:12,18
**scalding** 50:4
**scale** 33:1 50:3
68:15 94:17
99:1 102:18

**school** 8:13,16
8:17,20
**school's** 8:15
**scorching**
83:15,19
**screen** 80:15
**sea** 29:7,7
39:22,23 40:22
40:24,25
**seal** 129:18
**seas** 39:5
**seconds** 75:15
75:20
**see** 6:3 7:15
12:7 13:21,22
19:4 27:25
28:17,19 29:5
29:6,10,20
31:14 37:20
38:1 51:22
52:5 58:10,13
58:15 60:2
62:19 63:24,24
64:8 70:18
75:24 76:7,10
76:11,14,16,20
77:13 79:9
80:10,11,17,20
80:21,23 84:10
84:19,22 92:25
94:11,14 95:5
95:10,15,20
99:23 105:9
108:1 113:2,2
113:2
**seen** 28:6 62:23
**self** 97:11,17,25
98:4,8 100:3

100:14 101:10
101:22 102:8
104:17
**sense** 101:21
**sensitive** 3:8
**sent** 130:14
**separate**
114:12
**separated**
114:20
**september**
129:18 130:3
**serious** 91:3
93:23 94:2
**serve** 119:2
**set** 52:20
111:12,13,14
**seven** 33:4 47:7
47:8 61:19,21
**several** 16:24
60:17 63:13
**severe** 99:4
**shackle** 17:20
24:4,7,15
87:11
**shackled** 11:24
12:2 20:13,13
26:23,25 27:3
30:10 35:18
36:1,10,12,19
38:6 41:10,15
41:18 50:16
57:6,14 63:1
66:1 69:11,16
69:19 70:8,9
76:21,25 77:1
77:1,2,4,5,7
79:1,3 90:20

**[shackled - snacking]**

94:8 98:25 116:6
**shackles** 87:8
**shackling** 17:15 36:18
**shade** 30:25 31:3 34:5,12 34:13
**shaking** 21:7 79:12
**sheet** 130:11
**shift** 14:2
**shifts** 33:20
**ship** 15:4,23,24 16:2,5,8,10,12 16:13
**shirt** 18:15,16 18:21,22 19:3 20:19,22 21:18 31:22 32:4 40:14,18
**shirtless** 19:1
**shit** 67:21 81:23
**shoot** 37:13
**shooting** 37:10
**shorthand** 129:7
**shower** 12:20 12:23 22:2 43:3,5,12 64:23 65:6,10 65:22 66:12,15 66:18,25 67:1 67:8 71:5,12 71:17,18,21 72:12,16 76:24 86:25 87:6

88:15
**showered** 67:5 68:10 69:6,13 69:14 72:1,6 72:11 116:10
**showering** 64:16,17 65:3 67:25 70:25 71:22 73:20 75:5,23,25 76:5,18,23 77:14,16,20 87:23
**showers** 71:2,6 71:14
**sick** 32:9,10,12 39:22,23 48:15 48:15
**sickness** 32:14
**side** 15:18,20 29:10,13,13,13 29:17 30:1,18 86:17
**sides** 29:3,11 29:15,19 30:2 30:5,7,13 42:10
**sideways** 80:7
**sign** 128:1,5 130:12
**signed** 130:19
**signing** 129:10
**single** 45:25 49:11
**sink** 36:24 37:1 37:1
**sinking** 37:5

**sir** 5:13,20,24 6:5,9,13,16,23 7:10 8:3,14,18 8:21 10:6,18 11:7,10 16:21 21:15 25:4 26:11 30:14 32:8,24 34:17 34:19,24 40:8 40:11 43:21 51:6,9,15 55:18 59:18 62:10 64:12,15 69:15,18 73:24 74:5,9,12,15 74:20,23,25 75:4,18,22 76:1 77:15,18 77:21 80:14,16 82:13 83:9,23 84:2,5 85:4 92:22 97:18
**sit** 24:25 83:13 83:14,16 92:12 92:13 98:9
**sitting** 32:6 33:15 34:1,18
**situation** 17:10 17:13,15 18:14 24:8,12 25:3 25:14 41:24 43:23 58:3,25 59:21 64:10,14 64:17 77:16,20 83:7,11 84:4,8 85:2,6 116:24 117:7

**six** 50:6 99:6
**size** 21:16
**skarja** 2:13 3:23
**sky** 28:17,19 29:6
**sky's** 8:24 9:18
**slacken** 14:12
**slacking** 14:8
**sleep** 13:16 18:1 22:11,14 23:10,13,20,23 24:13,13,14 25:21 26:9 31:18 101:19 103:2
**sleeping** 12:9 13:22 17:24 18:13,14 19:12 19:24 24:8,11 25:3,14 36:19 57:6 93:13 99:19,21 101:23 104:25
**slept** 23:24 87:14
**slight** 33:2 35:6
**small** 14:14 39:13 40:6 66:8,11 70:17
**smell** 44:16,22 44:22 58:16
**smelled** 44:19
**smelling** 44:24 46:23
**snack** 64:8
**snacking** 58:12 58:14

snacks  51:18
  51:20,21 52:25
  58:18 64:7
soap  64:21
  65:8 71:8,9
solutions
  130:23
somebody  7:21
someplace  36:1
  52:18
sorry  8:25 9:23
  18:19 37:17
  72:20 91:1
  108:25 128:2
sound  6:4,7
space  115:11
  115:13
spanish  90:5,6
speak  5:17,25
  10:23,25 11:1
  11:5
speed  27:14
spend  11:11
  121:14,24
splashed  27:21
splashing
  26:21 27:19
spoken  6:10
  107:20,23
spoon  47:18
spoons  47:17
spot  34:2
  114:10
spots  27:1
spray  12:25
  26:13 27:4
  40:22,24,25
  64:22,22,23

65:14,16,21,22
  71:8,9 83:17
  83:21
sprayed  27:4,7
  27:13,15
spring  105:11
stand  12:13
  19:24 24:18,25
  78:10,22
standing  67:23
  78:12 80:5,7
  82:24
start  38:3 65:4
  69:3 75:7
  77:24 82:22
  97:24 99:9
started  19:9
  95:2 96:22
  99:16
starting  67:7
  68:20 82:23
state  4:6,8 9:9
  96:9,18,20,22
  102:1 105:2,16
  105:25 106:5
  106:11
states  1:1,9
  3:17 4:12
  70:15 90:11
  92:21 93:17
  94:3 97:15
  104:13,19
  130:4 131:1
  132:1
stay  20:14 26:8
  26:8,8 27:2
  43:6 111:2

stealing  122:12
  125:1,20
  126:12
step  29:12,12
  115:14
stepped  96:15
stepping  115:9
  115:24
stiff  18:12
stood  66:8
stop  43:10,11
  101:14
stopped  102:1
  102:3,5
storm  20:5
  35:7
storms  35:14
  35:22
stoutt  8:16
straight  26:22
  27:24 28:5,18
  29:20,22 30:2
  30:9,9,15,18
  30:20
street  10:17
stress  57:12,15
  57:22,24 83:5
  83:6 103:23
  104:20 107:8
  108:5
stressed  23:19
  97:20 105:20
  106:13,16
  108:8
stressful  96:12
stressing  57:1
  57:3 81:17
  106:21 107:7

108:13
strike  38:18
strong  68:17
structure  68:7
stuff  91:2
  112:2
subscribed
  132:14
suffer  97:8,11
suffering  93:23
  94:2
sufficient  55:3
suicidal  97:13
  99:25 104:14
summer  105:11
sun  26:13,17
  30:22,23 31:1
  31:2 33:18,18
  33:24,25 42:16
  42:18,18 49:22
  49:23 50:8
  59:23 68:20
  75:11 83:16,19
  99:22
sunburn  31:8,9
super  15:7
supposed  72:17
sure  9:5 39:25
  53:23 54:25
  56:8 67:12,14
  67:18 118:14
  120:12 123:13
  123:13 124:4
swear  4:18
sweating  32:6
sworn  4:23 5:1
  7:4,8 129:4
  132:14

**sympathetic** 101:7

**symptoms** 32:17,19,23 84:25 94:9

**t**

**t** 129:1,1,1 131:3,3

**table** 12:18 59:6

**take** 3:11 7:19 12:5,20 15:19 18:16,24 19:10 19:10,14 20:10 25:8 27:2 33:20 36:5 39:13 48:5 52:7,12,20,23 54:22 65:9,14 70:17,20 72:9 72:9,13,23,24 73:1,6 78:10 78:24,25 79:6 79:14,21 80:3 82:4 91:7 99:19 101:17 107:5 108:11 108:20,24 110:23 114:18 125:3

**taken** 1:16 3:15 6:14 73:14 109:9

**talk** 11:4 25:2 26:12 64:16 77:22 85:10 90:3,5,6,7,8,16

90:18,25 91:3 92:9,17 96:8 100:10 101:9

**talked** 91:9 101:23 102:18 105:3,15

**talking** 11:14 52:13 106:23 109:13

**tank** 12:24

**tarp** 28:15,20 28:23 42:9

**taste** 60:10,12 60:18,20,21 61:1,2,4,4,5 62:6,6 63:15

**tastes** 60:24 62:2

**tasting** 60:24

**teeth** 32:2

**telephone** 2:6

**tell** 5:8 6:15,18 7:5,8,16,20 8:1 11:2,19 12:1 17:21 18:13 20:7 21:16 24:12 26:10,14 31:25 35:17,19 42:23 43:19,22 51:16 53:1,3 57:8 59:3,16 61:3 63:20 64:13 77:19 78:19 83:10 84:3 85:5,16 85:16,19 86:8 92:19 98:20 100:4,6,12,15

100:20,23 101:1,11 102:13,16 105:19 106:17 106:19,22 107:6 108:1,11 108:14 109:19 115:7 117:3,6 118:5,7 119:19

**telling** 89:8,9 89:11 92:11,17 115:23

**temperature** 31:23,25 50:9 68:19 75:6,16

**ten** 33:1,2,7 50:4 68:15,16 94:18 99:1,2 102:19

**testified** 5:1

**testify** 129:4

**testifying** 129:4

**testimony** 6:11 95:13,16,18,20 128:9 129:6,9 130:9,17 132:8

**thank** 9:7,14

**thanks** 21:11

**thing** 11:3 15:7 15:8 18:7,25 19:7 23:21 29:16 32:11 44:17,21,22 47:18 50:24 51:4 65:7,8,25 66:2 72:10 90:25 91:8 94:11 105:21

125:13

**things** 52:5 55:9 91:14 92:14 104:24

**think** 6:20 15:24 23:9 28:9 36:21,23 36:23,25 38:1 45:4,17,19 46:8 52:15 53:21 54:3,23 66:13 68:5 89:13,15 91:13 92:24 93:3,20 98:9,24 99:16 100:2 102:10 102:11,20 103:11,24 104:4,12,18 105:4,4,4 107:15 109:20 113:16 118:13 120:13 122:5 122:22 123:5 123:11,21

**thinking** 97:20 103:21 105:21 107:11

**third** 99:11,13 99:14

**thirst** 62:4

**thirsty** 61:22 61:24

**thomas** 1:4 3:17 130:4 131:1 132:1

**thoughts** 97:13

**three** 12:17,21
35:8 44:8
45:23 47:12
49:17 50:14,22
56:11 66:13,13
66:14,15,19,20
66:23 67:3,13
69:24 76:24
77:5,7 110:7
110:17,18,24
111:5,9 113:15
113:15 120:11
120:13
**throat** 62:5
**throw** 47:22,25
48:5
**thunder** 35:11
**tight** 13:14,15
**tightly** 88:14
**time** 3:10 4:6
6:1 7:24 11:15
12:7 15:16,17
15:17,19 16:11
16:23,23,24
17:7 19:5 20:4
22:1,7,10
23:21 24:2
30:12,24 35:16
39:17 43:4
44:23 45:4,11
45:12,13,14,25
46:1,3,6,8,11
46:22,24 49:8
50:13 51:2,12
52:2 53:19
56:7,9,13,16
56:21 58:14,17
60:17 61:12

65:6,9 67:10
67:15 68:2,5
68:10 69:6
71:12 72:6,8
75:2 80:13
81:10,20,22
82:7,14,17,19
82:22 84:1
85:14,15,18,19
88:25 89:4
93:12 97:15
98:9 103:21
104:10,12,18
105:9 106:4,6
106:7,12
107:12 110:1
111:9 112:19
113:6,16 114:2
114:3,16,21
119:2,23
121:12,14,24
122:15,18
123:20,23
126:5,7,24
127:16 130:18
**timeframe**
130:8
**times** 12:17
16:24 22:13
44:8 45:2,23
49:18,24 50:14
50:22 63:13
67:8,11,13
70:4 81:23
107:3 111:1,23
114:20 119:21
120:1,5,13

**tiny** 49:4
**tired** 23:18,19
48:15
**today** 5:12
**today's** 128:9
**together**
112:14
**toilet** 12:5 13:1
13:1 60:1
77:25 78:11,24
79:5 83:13,15
83:18 116:8,9
**told** 34:10,16
52:24 100:21
101:4,7 104:19
105:23 106:1
107:3 108:6,8
108:17
**took** 8:22 22:7
35:12 54:19
76:13 87:5,6,9
129:2
**topics** 13:4
**tortola** 10:15
10:16 119:14
**tos** 51:22,24
**total** 128:10
**touch** 14:1 31:6
31:7 55:12,14
87:4,9,12,15
87:18,21 88:2
88:8,12
**touching** 87:24
**towards** 80:11
86:3,6 88:19
89:3
**towed** 52:17,17

**towel** 65:1,8
**traffic** 119:18
120:15 121:3
122:2
**trailer** 122:7,9
**training** 112:2
112:2,10,12
**transcript** 2:24
128:15,18
130:6,19 132:5
132:8
**traveling** 26:20
**treat** 88:16
89:22,24
**treated** 102:9,9
**treatment**
41:20 57:17,18
91:9,12 107:9
**trees** 10:4
**trembling** 20:6
32:2 35:18
**trickle** 68:16
**trolling** 45:5
**trouble** 81:13
**truck** 8:24 10:4
**true** 129:9
132:8
**truth** 6:15,18
7:5,8,16,20 8:1
129:5,5
**truthfully** 6:22
10:22
**try** 5:22 19:10
19:22 22:18
31:15,15 37:9
71:25 115:11
115:12 116:21

**trying** 9:24 19:19
**tuna** 45:6,7,11 45:13,15 46:1 46:6,7,7 74:13 74:14,21,24 75:3
**turn** 38:10,13 38:14,16 76:15
**turned** 80:6
**two** 10:10,11 19:10 29:11 35:8 45:2 67:17 69:23 77:10 79:24 81:6,7 111:4 112:14
**typewriting** 129:7

**u**

**u.s.** 2:8 3:18 4:14 16:16 73:22
**uh** 17:14 29:4 33:23 66:3 69:12 71:19 102:21
**unattended** 78:13,16
**uncomfortable** 75:9,14,20
**under** 18:4 19:13,18 129:7
**underneath** 18:5
**understand** 5:11,17,21,23

6:14 94:21 95:4,13,18
**unfriendly** 85:22 88:22
**unit** 3:13
**united** 1:1,9 3:17 4:12 70:15 90:11 92:21 93:17 94:3 97:15 104:13,19 130:4 131:1 132:1
**units** 128:11
**unshackle** 41:7
**unshackled** 79:4
**upstairs** 114:22 116:16,18
**urinate** 81:21 81:22 82:1,11 82:12
**urinating** 81:14 88:6,10
**usdoj.gov** 2:11 2:12
**use** 12:3,4,6 19:10,14,17,19 22:18 31:19 57:8,9 67:19 77:25 78:4,25 79:6 80:2 81:15,18 86:2 89:6 92:10 102:13 103:13 116:8
**used** 14:2 51:20,22 53:14

59:5 81:20 85:13,25 93:11 96:12 106:19 116:8 130:19
**using** 12:7,8 22:8 78:11 79:8,11 101:24 102:18 106:9
**usually** 35:1,4 115:4
**utensils** 47:15

**v**

**v** 130:4 131:1 132:1
**vehicle** 120:18 121:1,5,7,17 124:21,23
**verify** 130:9
**veritext** 3:24 4:1 128:12 130:23
**veritext.com.** 130:15
**versus** 3:17
**video** 3:10,14 73:12,16 109:7 109:11 128:8 128:13,20
**videographer** 2:13 3:4,25 4:17 73:11,15 109:6,10 128:7
**videotaped** 1:13,16
**vienna** 52:6
**violent** 123:18

**virgin** 53:7,10 53:15,18,22 54:2 55:17 74:4 107:1 119:14 127:12 127:16
**virginia** 10:16
**visit** 74:7
**visually** 55:4
**voyage** 8:22 10:13 96:10,22 96:25 97:4,6,8
**vs** 1:7
**vue** 10:15,15 10:16

**w**

**w** 1:6
**wait** 31:17 43:3 53:4 78:8 79:22,23 94:25
**waived** 129:11
**wake** 13:17 19:17 23:22 24:1,3 87:15
**walk** 79:5 86:17 88:3 91:25 95:15,19
**walking** 20:15 115:6,8
**want** 17:24 20:19 24:12 26:12 43:22 47:21 50:12 57:8,9,11 59:19 64:16 67:1,20,22 70:24 71:12,23

71:24 72:4,4
72:20 77:22
81:15,18 83:12
84:6 85:10
86:18 91:6
95:8,10,24
96:2,5,8 99:22
99:23 100:24
102:4 103:1,9
103:10 108:23
110:4 111:13
112:22 127:25
128:4,18
**wanted** 52:25
  61:8 62:8
  81:25 82:7,12
  82:16,21 83:3
**warm** 49:25
**wash** 43:14
  59:25
**washed** 43:16
**washington**
  2:10
**watch** 79:9
  115:9,23
**watching** 34:4
  79:17 82:25
**water** 12:13,24
  15:14 20:3
  27:19 29:6,7,7
  30:1,11,19
  31:14 34:7
  36:3 37:2
  39:16 40:1,4
  41:1,1 43:13
  43:13 44:2
  49:21,22,25
  50:3,4,5,7,9,10

52:6,9,9,22,23
59:19,20,22,23
60:4,7,9,10,17
60:20 61:2,6,7
61:8,12,15,16
61:18,20,23,25
62:1,6,8,9,9,11
62:12,12,13,14
62:15,17,20,22
62:24 63:2,4,7
63:12,15,18,22
63:23,25 64:1
64:5,10,14,20
65:21 68:13,17
68:19,24 75:19
78:18,20 86:2
87:20
**waves** 39:24
  40:1
**way** 31:13
  33:13 55:12
  66:24 69:13
  88:17 92:12
  98:11 100:5
  102:8 103:1
  108:10
**ways** 42:21
**we've** 105:3
**weather** 41:24
**week** 108:15
  111:15
**weeks** 10:10,11
**weigh** 53:6,9
  53:12 54:1,2,4
  54:7,10,13,15
  54:20 56:2,3,4
  56:5,20

**weighed** 53:12
  53:16,19,21
  54:23 56:7,16
  74:3
**weighing** 54:14
  54:16,18
**weight** 51:2
  54:9 55:1,2,5
  55:21,25 56:12
  56:14,22 57:21
  57:24
**weird** 99:20
**went** 17:19
  19:6 30:9
  35:13 36:15
  43:17 51:11
  52:2,15,16
  62:24 69:9
  70:2,3,16,17
  70:19,21,22
  74:7 79:25
  80:8,13 82:15
  88:14,15
  102:13 103:11
  103:14 105:1
  105:18,22
  111:21,21,21
  114:24 116:4
  116:14 119:7
**wet** 12:13
  19:24,25 22:19
  27:1,2 29:24
  29:25 30:3,11
  30:11,19 31:10
  31:11,13,19
  32:9 33:16,17
  34:18 36:2
  42:11 43:1

62:5 99:21
**whispering** 3:8
**white** 18:25,25
  52:3 65:7,24
  66:2
**win** 124:8,8
**wind** 30:8
**winter** 105:11
**wipe** 64:24
**wiping** 36:3
**witness** 2:17
  4:18,23,25
  7:14 9:10,24
  18:20,23 28:13
  49:21 60:14,16
  72:20,25 73:5
  91:2 99:13
  127:2 129:4,6
  129:9,11,11,18
  130:8,10,12,18
**woke** 22:13,14
  23:16 51:10
**woken** 22:6,10
**word** 35:20
**work** 37:7
  112:19,21
**worked** 9:16
**works** 116:22
**world** 79:15
**worried** 97:23
  107:14
**worry** 38:9,12
**worse** 89:4,12
  89:13,23,24
  90:2
**worsen** 88:25
**wring** 31:13,13
  31:19 72:13

**wringing**  31:14
**wrong**  37:10
  52:16

**y**

**yacht**  52:16,18
**yeah**  9:11 11:2
  11:24 13:8
  15:13,22 16:6
  17:16,19 20:10
  20:15,21,24
  21:12 22:1,9
  22:15,22,24
  23:7,25 25:12
  27:6,22 28:1,4
  28:13,16,19,19
  28:21 29:13,16
  29:20 30:4,6
  32:16,22 34:11
  34:13 36:16
  37:6 40:5 41:3
  41:9,12,23
  42:1 44:1,11
  45:10,12 46:2
  47:11,14,24
  48:1,20 49:13
  49:19 50:11,20
  50:25 53:11,17
  54:21 55:13,22
  56:3,15 57:18
  57:20,24 58:19
  59:11 61:9,11
  61:23 62:5,16
  65:13 66:7,8
  66:17 67:7,16
  67:23 68:1,6
  68:12,12 69:2
  69:8 72:8,22

  72:25 73:10
  75:10 78:1,4
  79:24 80:2,12
  80:19 81:9
  82:2,4,10
  83:25 84:7
  85:20 89:14
  90:6,7,14,22
  91:10,13 92:6
  92:9 98:25
  100:22 101:16
  103:4,17 104:8
  104:11,21
  105:24 106:6,8
  106:14,18,24
  109:3,20,23
  110:17 114:2,8
  114:15,16
  116:7 119:8,10
  119:25 120:4
  120:14,21
  121:13 122:5
  122:20,24
  123:2,11,17
  124:2 125:19
  126:4,25
**year**  10:7,9
  56:19 117:24
**years**  9:20 10:5
  56:11
**young**  81:12

**z**

**zoom**  1:13,15

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.