

**United States Department of State**

*Washington, D.C. 20520*

**October 31, 2022**

**CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT
CASE INVOLVING GO-FAST VESSEL MANTA 33 (BVI)
FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) — 2022678685**

I, Commander Ian M. Starr, USCG, declare and certify as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since June 13, 2022;

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. § 70502(c)(2) and (d)(2) and 18 U.S.C. § 2237(d);

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties and that, under penalty of perjury, they are true and correct;

4. That on or about June 16, 2022, U.S. law enforcement personnel detected a go-fast vessel in approximate position 18-47 N, 065-04 W, seaward of any State's territorial sea. U.S. law enforcement officials observed the vessel transiting without exhibiting the navigational lights required by the 1972 Convention on the International Regulations for Preventing Collisions at Sea with packages visible on deck, and observed packages being jettisoned overboard. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking. The vessel displayed registration numbers on the hull and the master made a verbal claim of British Virgin Islands, United Kingdom registry for the vessel;

5. That on or about June 16, 2022, under Article 10 of the Agreement between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland Concerning Maritime and Aerial Operations to Suppress Illicit Trafficking by Sea in Waters of the Caribbean and Bermuda, done at Washington on July 13, 1998, and Article 17 of the 1988 United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, the Government of the United States requested that the Government of the British Virgin Islands confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel;

US00000016

6. That on or about June 16, 2022, the Government of the British Virgin Islands confirmed registry of the vessel and authorized the United States to board and search the vessel;

7. That on or about June 28, 2022, the Government of the United States requested that the Government of the British Virgin Islands waive its primary right of jurisdiction over the vessel, its cargo, and its crew.

8. That on or about August 9, 2022, the Government of the British Virgin Islands waived its right to exercise jurisdiction and authorized the Government of the United States to enforce its laws against the crew members.

9. That, accordingly, the vessel is subject to U.S. jurisdiction under 46 U.S.C. § 70502(c)(1);

10. That U.S. law enforcement officials recovered approximately 90 kilograms of contraband, which tested positive as cocaine.

Executed on October 31, 2022.

Ian M. Starr
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State

US00000018