## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JEROME NIBBS                                    )

        Plaintiff,                              )

     v.                                          )    Civil No. 24-CV-01290 (MAJ)

                                                 )

UNITED STATES OF AMERICA, et als )

        Defendant,                             )

## MOTION SUMITTING DOCUMENT DOCUMENTS

TO THE HONORABLE COURT
HON. MARIA ANTONGIORGI-JORDAN
US DISTRICT COURT JUDGE

Comes Mr. Jerome Nibbs through the undersigned attorney and very respectfully states, allege, and prays as follows:

1.      Yesterday, the Plaintiff filed his Response to the Government's Motion for Summary Judgment. (ECF# 72)

2.      The Response attachments include pages from the U.S. Coast Guard Counter-Drug and Alien Migrant Interdictions Operations Manual (CD-AMIO), provided by Mr. Nibbs, as referenced in ECF documents 72-2 and 72-3, for comprehensive procedural reference.

3.      However, upon further review, counsel observed that the pages do not clearly indicate they are part of or originate from the CD-AMIO manual. Consequently, Mr. Nibbs is submitting the cover titles of the attachments in ECF documents 72-2 and

-1-

72-3, which pertain to the U.S. Coast Guard Counter-Drug and Alien Migrant Interdictions Operations Manual (CD-AMIO).

4.    This clarification aims to ensure proper identification and referencing of the documents involved

WHEREFORE it is respectfully requested that the Honorable Court acknowledge the present motion.

In San Juan, Puerto Rico, MARCH 11, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC: 211405
PO BOX 191972
SAN JUAN, PR 00919
TEl 721-3370/ FAX 721-4706

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on March 11, 2026, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: To All parties of record.

In San Juan P.R. March 11, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC NO. 211405
PO BOX 191972
SAN JUAN, PR 00919
Tel. 787-721-3370/ FAX 787-751-6697