# Department of Homeland Security

# FOR OFFICIAL USE ONLY

**THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF SENSITIVE BUT CLASSIFIED INFORMATION REQUIRING PROTECTION AGAINST UNAUTHORIZED DISCLOSURE. THE ATTACHED MATERIALS WILL BE HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH INFORMATION.**

**AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A "NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED DISCLOSURE.**

US00001229

Posting of this FOUO directive on the Coast Guard Directives System Intranet site was authorized by the sponsor.  They determined it is suitable for all Intranet users IAW  Use and Management of Coast Guard Internet and Intranet Web Sites, Content, and Access, COMDTINST 5230.62, paragraph 8.n(3).


**FOR OFFICIAL USE ONLY (FOUO)**
**Public Availability to be Determined Under 5 U.S.C. § 552**

US00001230



U.S. Department of
Homeland Security

**United States
Coast Guard**

# U.S. COAST GUARD COUNTER DRUG AND ALIEN MIGRANT INTERDICTIONS OPERATIONS (CD-AMIO) MANUAL



## COMDTINST M16247.4B
### FOR OFFICIAL USE ONLY
Public availability to be determined
Under 5 U.S.C. 552 and 552a

US00001231

COMDTINST M16247.4B



There are two basic steps in the detention or arrest procedure: (1) physical restraint and (2) subsequent verbal communication to the suspect that he or she is being detained or under arrest.

## SECTION C: Responsibility for Detainees

Once someone is arrested or detained, they fall under the custody of the arresting or detaining official. While in custody, the health, safety, and well-being of the arrested person or detainee is the responsibility of the arresting or detaining officer and, ultimately, the CO/OIC of the host unit. This responsibility continues until the arrested person or detainee is properly transferred to the custody of another official or agency.

## SECTION D: Search Incident to Arrest

A "search incident to arrest" must be performed on every arrested person as soon as possible to locate weapons, means of escape, and evidence. Likewise, persons detained, but not under arrest, aboard Coast Guard units and units under USCG TACON must be searched as soon if possible. █████████████████████████

### D.1. Location

BOs normally conduct the search incident to arrest aboard the vessel on which the person was arrested, prior to transporting him or her to the cutter or Navy ship. Suspects must be searched again prior to transporting them to another unit.

## SECTION E: Rights of Advice

Rights advice, commonly known as a "Miranda Warning," must be given to arrested persons or detainees to advise them of their constitutional right against self-incrimination and their right to legal representation. Written advisement and waiver of rights is not required. However, it is desirable in that it significantly eases the burden of proving that a suspect was properly given his or her rights advice and knowingly and voluntarily waived those rights. If possible, both the advisement and waiver of the rights should be documented in writing and witnessed by another LE officer. It must be given in all cases where the person is in custody (arrest or detention clearly meets this requirement) and the suspect will be interrogated (asked questions or be subject to actions that are meant to elicit an incriminating response). The Acknowledgement of Rights Form can be found in Reference (d).

### Note

If the arrested person or detainee is not going to be interrogated, providing the rights advice is unnecessary.

FOR OFFICIAL USE ONLY.
PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. §§ 522, 522a.

US00001276



COMDTINST M16247.4B

essential that any vessel that may be involved in migrant interdiction carry a core of basic provisions. See Reference (c) for details regarding migrant-specific supplies and resources.

Cutters conducting migrant interdiction missions must consult the Area and/or District instruction(s) for the region in which they are operating for a list of required AMIO supplies.

## D.10.a. Infant Hoist

Transferring infants from a boat onto a cutter can be difficult due to the high freeboard of most cutters. The model of infant carrier used should be sturdy and include a strap that keeps the infant firmly in place while he or she is being hoisted.

## D.10.b. Food

The unit should stockpile 25 to 50 pound bags of rice and large cans of beans (standard migrant fare) and maintain a supply of baby food in plastic jars.

# SECTION E: Facilities

Both migrant interdiction and counter chug operations require designation or construction of shipboard facilities not used in other missions.

## E.1. Migrant/Detainee Holding Area

The unit CO/OIC will designate a secure and safe space to house detainees and/or migrants. Chapter 10 of this Manual, and References (c) and (d) provide further details regarding selection, outfitting, and security of detainee and migrant holding areas.

## E.2. Showers

Rigging showers for embarked migrants and detainees will help maintain sanitary and health standards in the holding area. At a minimum, the shower should consist of a garden hose, but may have a more intricate arrangement. See References (c) and (d) for further guidance and details.

## E.3. Fresh Water Supply

To prevent dehydration, migrant groups housed aboard cutters require access to fresh water. Consistent with available onboard supplies, LEU's must provide access to clean water to meet the needs of embarked migrants.

## E.4. Toilets

Hosting migrants or large numbers of detainees requires setting up toilets on the ship's weather decks. LEUs must provide toilet facilities that are safe, functional, and in an area that allows privacy. See Reference (c) and (d) for further guidance and details.

## E.5. Hand Washing Facility

Set up a hand-washing station near weather-deck toilets for use by migrants or detainees. This station must include some form of hand soap.

**FOR OFFICIAL USE ONLY.**
**PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. §§ 522, 522a.**

US00001266